NICOLA A. PISANO, CA Bar No. 151282
  npisano@foley.com
JOSE L. PATIÑO, CA Bar No. 149568
  jpatino@foley.com
JUSTIN E. GRAY, CA Bar No. 282452
  jegray@foley.com
SCOTT A. PENNER, CA Bar No. 253716
  spenner@foley.com
FOLEY & LARDNER LLP
3579 VALLEY CENTRE DRIVE, SUITE 300
SAN DIEGO, CA 92130
TELEPHONE: 858.847.6700
FACSIMILE:  858.792.6773

Attorneys for Defendants
ESET, LLC and ESET SPOL. S.R.O.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FINJAN, INC., <br><br> Plaintiff, <br><br> v. <br><br> ESET, LLC, et al., <br><br> Defendants. | Case No. 3:17-cv-183-CAB-BGS <br><br> **REQUEST FOR ORAL ARGUMENT ON ESET'S MOTIONS TO DISMISS** <br><br><br> Judge:   Hon. Cathy Ann Bencivengo |

Defendants ESET, LLC and ESET SPOL. S.R.O. ("ESET") respectfully submit this request that the Court schedule oral argument on the following motions:

1. **Defendant ESET, LLC's Motion to Dismiss.** (Dkt. No. 47.) This motion is fully briefed: ESET, LLC filed this motion on October 20, 2016, Finjan filed its opposition on November 3, 2016 (Dkt. No. 56), and ESET, LLC filed its reply on November 10, 2016 (Dkt. No. 57). The parties assembled for oral argument on this motion on January 26, 2017 in the Northern District of California, but oral argument was mooted when that court transferred this litigation to this Court for further proceedings.

2. **Defendant ESET SPOL. S.R.O.'s Motion to Dismiss.** (Dkt. No. 55.) This motion is fully briefed: ESET SPOL. S.R.O. filed this motion on November 2, 2016, Finjan filed its opposition on November 16, 2016 (Dkt. No. 63), and ESET SPOL. S.R.O. filed its reply on November 23, 2016 (Dkt. No. 65). The parties assembled for oral argument on this motion on January 26, 2017 in the Northern District of California, but oral argument was mooted when that court transferred this litigation to this Court for further proceedings.

Pursuant to the Court's rules, no oral argument is presently scheduled for these motions. ESET understands that the Court's Chambers Rules provide that oral argument will be permitted only by grant of a request to do so. Hon. Cathy A. Bencivengo, Civ. Case Proc. II.A. ESET sought Finjan's position regarding oral argument, and Finjan indicated that it would oppose ESET's request.

ESET requests that the Court schedule oral argument due to the fact that, pursuant to the prior scheduling order in this case, Finjan served its infringement contentions after briefing on the above motions was completed. Oral argument would be beneficial to the Court because the Court can hear from both parties regarding the effect of Finjan's infringement contentions on the above motions, and ask questions as may be appropriate to the changed circumstances arising after filing of ESET's motions.

1  ESET respectfully requests that the oral argument be scheduled for the same time as the case management conference, currently scheduled for March 20, 2017 at 10:00 a.m., or at the Court's convenience.

DATED: March 8, 2017

Respectfully submitted,

FOLEY & LARDNER LLP

*/s/ Nicola A. Pisano*
Nicola A. Pisano (CA Bar No. 151282)
  npisano@foley.com
Jose L. Patiño (CA Bar No. 149568)
  jpatino@foley.com
Justin E. Gray (CA Bar No. 282452)
  jegray@foley.com
Scott A. Penner (CA Bar No. 253716)
  spenner@foley.com
**FOLEY & LARDNER LLP**
3579 Valley Centre Drive, Suite 300
San Diego, CA 92130
Telephone:  858.847.6700
Facsimile:   858.792.6773

Attorneys for Defendants
ESET, LLC and ESET SPOL. S.R.O.

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the Electronic Service List for this case.

Executed on March 8, 2017        FOLEY & LARDNER LLP


*/s/ Nicola A. Pisano*
Nicola A. Pisano (CA Bar No. 151282)
  npisano@foley.com

Attorneys for Defendants
ESET, LLC and ESET SPOL. S.R.O.

CERTIFICATE OF SERVICE
Case No. 3:17-cv-183-CAB-BGS