# Attachment A

**ATTACHMENT A**



Provisional Application
60/030/639
filed 11/8/1996

Application 08/790,097
filed 1/29/1997
**Patent 6,167,520**

Application 08/995,648
filed 12/22/1997
**Patent 6,154,844\***
*(incorporates '520 and '194 by reference)*

Application 08/964,388
filed 11/6/1997
**Patent 6,092,194**
*(incorporates '520 by reference)*

Cont. Application 9/551,302
filed 4/18/2000
**Patent 6,480,962**
*(incorporates '520 by reference)*

Cont. Application 09/539,667
filed 3/30/2000
**Patent 6,804,780\***
*(incorporates '520 by reference)*

C-I-P Application 09/861,229
filed 5/17/2001
**Patent 7,058,822**

Cont. Application 11/370,114
filed 3/7/2006
**Patent 7,613,926**

Cont. Application 12/471,942
filed 5/26/2009
**Patent 8,079,086** *
*(incorporates '194, '780 and '962 by reference)*

Cont. Application 13/290,708
filed 11/7/2011
**Patent 8,677,494**

Cont. Application 14/155,835
filed 1/15/2014

Cont. Application 14/619,363
filed 2/11/2015
**Patent 9,189,621\***
*(incorporates '194, '780 and '962 by reference)*

Div. Application 14/732,188
filed 6/5/2015
**Patent 9,219,755\***
*(incorporates '194, '780 and '962 by reference)*

\*Patents at issue in the litigation.