NICOLA A. PISANO, CA Bar No. 151282
  NicolaPisano@eversheds-sutherland.com
JOSE L. PATIÑO, CA Bar No. 149568
  JosePatino@eversheds-sutherland.com
JUSTIN E. GRAY, CA Bar No. 282452
  JustinGray@eversheds-sutherland.com
SCOTT A. PENNER, CA Bar No. 253716
  ScottPenner@eversheds-sutherland.com
**EVERSHEDS SUTHERLAND (US) LLP**
12255 EL CAMINO REAL, SUITE 100
SAN DIEGO, CALIFORNIA  92130
TELEPHONE:     858.252.6502
FACSIMILE:     858.252.6503

Attorneys for Defendants and Counter-Plaintiffs
ESET, LLC and ESET, SPOL. S.R.O.

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FINJAN, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>ESET, LLC, et al.,<br><br>    Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No. 3:17-cv-0183-CAB-BGS<br><br>**ESET, LLC AND ESET, SPOL. S.R.O.'S NOTICE OF MOTIONS AND MOTIONS *IN LIMINE***<br><br>Date:    February 21, 2020<br>Time:    2:00 p.m.<br>Place:   Courtroom 4C<br>Judge:   Hon. Cathy Ann Bencivengo |

43934382.1

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on February 21, 2020, at 2:00 p.m. in Courtroom 4C of the United States District Court for the Southern District of California, located at 221 West Broadway, San Diego, CA 92101, before the Honorable Cathy A. Bencivengo, where Defendants and Counter-Plaintiffs ESET, LLC and ESET, spol. s.r.o. (collectively referred to as "ESET"), will, and hereby do, move this Court for an order granting their Motions *in Limine*.

This Motion is based upon this Notice of Motion and the concurrently-filed Memorandum of Points & Authorities, the Declaration of Nicola A. Pisano, the Federal Rules of Civil Procedure, the Patent Local Rules, the files and records of this Court, and any and all other materials submitted to the Court on or before the time of its decision on this matter.

Dated:  February 7, 2020         Respectfully submitted,

**EVERSHEDS SUTHERLAND (US) LLP**

*/s/ Nicola A. Pisano*
NICOLA A. PISANO, CA Bar No. 151282
    NicolaPisano@eversheds-sutherland.com
JOSE L. PATIÑO, CA Bar No. 149568
    JosePatino@eversheds-sutherland.com
JUSTIN E. GRAY, CA Bar No. 282452
    JustinGray@eversheds-sutherland.com
SCOTT A. PENNER, CA Bar No. 253716
    ScottPenner@eversheds-sutherland.com
12255 EL CAMINO REAL, SUITE 100
SAN DIEGO, CALIFORNIA  92130
TELEPHONE:     858.252.6502
FACSIMILE:     858.252.6503

Attorneys for Defendants and Counter-Plaintiffs ESET, LLC and ESET, SPOL. S.R.O.

43934382.1