## JOINT TRIAL EXHIBIT LIST

United States District Court
For the Southern District of California

*Finjan, Inc. v. Eset, LLC and Eset SPOL. S.R.O.*

Case No. 17-cv-00183-CAB                    Trial Date: March 9, 2020

| JTX Trial Ex. No. | Date Marked | Date Admitted | Bates Numbers | Description | Deposition Exhibit No. |
|---|---|---|---|---|---|
| 1 | | | FINJAN-ESET 000001 – 17; FINJAN-ESET 000019; FINJAN-ESET 284338 - 39 | U.S. Patent 6,154,844 | |
| 2 | | | FINJAN-ESET 000437 - 54 | U.S. Patent 6,804,780 | |
| 3 | | | FINJAN-ESET 001236 – 60; FINJAN-ESET 286538 - 40 | U.S. Patent 8,079,086 | |
| 4 | | | FINJAN-ESET 001819 - 53 | U.S. Patent 9,189,621 | |
| 5 | | | FINJAN-ESET 003681 - 717 | U.S. Patent 9,219,755 | |

| JTX Trial Ex. No. | Date Marked | Date Admitted | Bates Numbers | Description | Deposition Exhibit No. |
|---|---|---|---|---|---|
| 6 | | | ESETSC000000596 − 605 | ESET Source Code | Gabryszewski Ex. 2 |
| 7 | | | ESETSC000000553 − 76 | ESET Source Code | Gabryszewski Ex. 8 |
| 8 | | | ESETSC000000980 − 83 | ESET Source Code | Janosik Ex. 6 |
| 9 | | | ESETSC000000984 − 1001 | ESET Source Code | Janosik Ex. 7 |
| 10 | | | ESETSC000000957 − 67 | ESET Source Code | Janosik Ex. 8 |
| 11 | | | ESETSC000000124 − 32 | ESET Source Code | Kosinar Vol. I Ex. 5 |
| 12 | | | ESETSC000000414 − 19 | ESET Source Code | Kovacik Ex. 1 |
| 13 | | | ESETSC000000359 | ESET Source Code | Kovacik Ex. 4 |
| 14 | | | ESETSC000000621- 624 | ESET Source Code | Kovacik Ex. 7 |
| 15 | | | ESETSC0000056 - 58 | ESET Source Code | Kovacik Ex. 8 |

| JTX Trial Ex. No. | Date Marked | Date Admitted | Bates Numbers | Description | Deposition Exhibit No. |
|---|---|---|---|---|---|
| 16 | | | ESETSC000000451 – 475 | ESET Source Code | Somlo Ex. 13 Pasko Ex. 14 |
| 17 | | | ESETSC000000525 – 37 | ESET Source Code | Skora Vol. I Ex. 4 Somlo Ex. 5 |
| 18 | | | ESETSC000000636 – 38 | ESET Source Code | Skora Vol. I Ex. 5 |
| 19 | | | ESETSC000000627 – 35 | ESET Source Code | Skora Vol. I Ex. 6 |
| 20 | | | ESETSC000000223 – 33 | ESET Source Code | Skora Vol. I Ex. 7 Somlo Ex. 6 |
| 21 | | | ESETSC000000476 – 524 | ESET Source Code | Skora Vol. II Ex. 2 |
| 22 | | | ESETSC000000056 – 58 | ESET Source Code | Somlo Ex. 3 |
| 23 | | | ESETSC000000625 – 26 | ESET Source Code | Somlo Ex. 14 |
| 24 | | | ESET0075655 | ESET Spreadsheet – ESET USA Income Statement From Jan 2010 to Dec 2010 (Native) | Stapleton Vol. II Ex. 12 |

| JTX Trial Ex. No. | Date Marked | Date Admitted | Bates Numbers | Description | Deposition Exhibit No. |
|---|---|---|---|---|---|
| 25 | | | ESETSC000000645 | ESET Source Code | Sucansky Vol. I Ex. 9 |
| 26 | | | ESETSC000000188 − 94 | ESET Source Code | Sucansky Vol. I Ex. 13 |
| 27 | | | ESETSC000000038 − 44 | ESET Source Code | Sucansky Vol. I Ex. 14 |
| 28 | | | ESETSC000000018 − 23 | ESET Source Code | Sucansky Vol. I Ex. 15 |
| 29 | | | ESETSC000000405 − 07 | ESET Source Code | Sucansky Vol. I Ex. 16 |
| 30 | | | ESETSC000000050 − 51 | ESET Source Code | Sustek Vol. II Ex. 2 |
| 31 | | | ESETSC000000420 − 50 | ESET Source Code | Wojcik Vol. I Ex. 6 |
| 32 | | | ESETSC000000234 − 77 | ESET Source Code | Wojcik Vol. I Ex. 7 |
| 33 | | | ESETSC000000606 − 07 | ESET Source Code | Wojcik Vol. I Ex. 8 |
| 34 | | | ESETSC000000549 | ESET Source Code | Wojcik Vol. I Ex. 9 |
| 35 | | | ESETSC000000195 − 208 | ESET Source Code | Wojcik Vol. I Ex. 11 |

| JTX Trial Ex. No. | Date Marked | Date Admitted | Bates Numbers | Description | Deposition Exhibit No. |
|---|---|---|---|---|---|
| 36 | | | ESETSC000000278 – 91 | ESET Source Code | Wojcik Vol. II Ex. 4 |
| 37 | | | IS 0256-305 | Include Security – Executive Summary on Eset NOD32 Antivirus | |
| 38 | | | ESET0000850 – 967 | Eset Endpoint Antivirus 6 – User Guide | |
| 39 | | | ESET0006730 – 73 | Eset Presentation – Core Technology H2 Briefing 2016 | |
| 40 | | | ESET0019977 – 20407 | Manual – Internal: accessible from outside WCA department | |
| 41 | | | ESET0030443 | Manual – ESET Live Grid | |
| 42 | | | ESET0037830 – 39 | Eset Manual – LiveGrid Specification | |
| 43 | | | ESET0038553 – 57 | Eset Manual - New Advanced Heuristics Features by Marcin Gajewski | |
| 44 | | | ESET0038659 – 751 | ESET Presentation – Huisman visit in Bratislava | |

| JTX Trial Ex. No. | Date Marked | Date Admitted | Bates Numbers | Description | Deposition Exhibit No. |
|---|---|---|---|---|---|
| 45 | | | ESET0038752 – 803 | Presentation – The story of ESET by Juraj Malcho | |
| 46 | | | ESET0038932 – 64 | Presentation – Warning! This document is FOR PARTNERS | |
| 47 | | | ESET0039175 – 339 | ESET Manaual – AutoClave system | |
| 48 | | | ESET0039461 – 70 | ESET HIPS engine Overview by Marcin Gabryszewski | |
| 49 | | | ESET0039509 – 37 | Atlas Software Requirements Specification Version 0.9 | |
| 50 | | | ESET0039538 – 741 | Script Engine Core by Vladislav Molnar | |
| 51 | | | ESET0039807 – 11 | Threatsense.Net (internal name Charon) – Latest revision of the document: 1.1, 2011-01-24 – Author: Peter Kosinar | |
| 52 | | | ESET0039902 – 10 | Eset Manual – HIPS Version 1.1 | |

| JTX Trial Ex. No. | Date Marked | Date Admitted | Bates Numbers | Description | Deposition Exhibit No. |
|---|---|---|---|---|---|
| 53 | | | ESET0039923 – 33 | Eset Presentation – IMON (Internet MONitor – by Tomas Kalab – Eset Partners Conference 2004 | |
| 54 | | | ESET0040751 – 63 | ESET Core R&D Brainstorm5: "Sysifos3" | |
| 55 | | | ESET0040764 – 69 | ESET Core R&D Brainstorm6: "HIPS" | |
| 56 | | | ESET0041138 – 50 | Manual – Transparent Sandbox – Specification v1.0 | |
| 57 | | | ESET0041541 – 61 | ESET Technology – The multi-layered approach and its effectiveness – Document version 3.0 | |
| 58 | | | ESET0041617 – 48 | Eset Presentation – Engine Scanning stack architecture | |
| 59 | | | ESET0041655 – 709 | ESET Presentation - Emulation and Virtualization team & AdvHeur module | |

| JTX Trial Ex. No. | Date Marked | Date Admitted | Bates Numbers | Description | Deposition Exhibit No. |
|---|---|---|---|---|---|
| 60 | | | ESET0041852 – 72 | Presentation – Eset Technology The multilayered approach and its effectiveness, by Jakub Debski, Juraj Malcho, Peter Stancik - Document version 1.3 | |
| 61 | | | ESET0042574 – 75 | Eset Data Sheet – Eset Threat Intelligence – Extend your security intelligence from local network to global cyberspace | |
| 62 | | | ESET0042847 – 914 | Eset Manual – NOD32 antivirus system – Installation Guide Administrators versions | |
| 63 | | | ESET0042942 – 91 | Automating botnets' behavior at scale by Jean-Ian Boutin, Jurai Janosik – CARO Workshop – 2016 | |

| JTX Trial Ex. No. | Date Marked | Date Admitted | Bates Numbers | Description | Deposition Exhibit No. |
|---|---|---|---|---|---|
| 64 | | | ESET0043144 – 96 | Eset Presentation – Machine Learning in security industry and ESET by Jakub Debski for Sales and Marketing Division | |
| 65 | | | ESET0043594 – 604 | Eset Manual – Sandbox Specification | |
| 66 | | | ESET0043616 – 25 | Eset Manual – LiveGrid Specification | |
| 67 | | | ESET0043703 – 10 | Eset Manual – ESET Intelligence Feeds | |
| 68 | | | ESET0043770 | Eset Manual – Internal data stores | |
| 69 | | | ESET0043791 – 95 | Eset Manual – Jaca Exploit Blocker – documentation | |
| 70 | | | ESET0043980 | Eset Document – Basic Atlas file data | |
| 71 | | | ESET0044088 – 89 | Eset Document – Checking of Charon samples | |
| 72 | | | ESET0044146 – 47 | Eset Document – DNA hash blocking | |
| 73 | | | ESET0044323 – 27 | Eset Manual – Cloud | |

| JTX Trial Ex. No. | Date Marked | Date Admitted | Bates Numbers | Description | Deposition Exhibit No. |
|---|---|---|---|---|---|
| 74 | | | ESET0044452 – 60 | Eset Manual – Hips – documentation | |
| 75 | | | ESET0044612 – 15 | [I_ISEI] Development – Backend | |
| 76 | | | ESET0044627 – 28 | Eset Manual – Cloud MPS (CMPS) | |
| 77 | | | ESET0044721 – 25 | Manual – Hades2 system | |
| 78 | | | ESET0044766 – 72 | Eset Manual – Charon allinfo table in chaosDB (Charon metadata since 2006) | |
| 79 | | | ESET0045174 – 77 | UESETS6L – Features | |
| 80 | | | ESET0045245 – 48 | Charon stats description | |
| 81 | | | ESET0045271 – 74 | Eset Document – YARA Match II | |
| 82 | | | ESET0045277 – 78 | Eset Document – Systems documentation for Malware Research | |
| 83 | | | ESET0045670 – 77 | Eset Manual – WIKI: LG Servers | |

| JTX Trial Ex. No. | Date Marked | Date Admitted | Bates Numbers | Description | Deposition Exhibit No. |
|---|---|---|---|---|---|
| 84 | | | ESET0045747 – 51 | Document – [KB] ESET Dynamic Threat Defense (EDTD) for EMSX | |
| 85 | | | ESET0046658 – 72 | Eset Manual – Threat Radar – October 2015 Feature Article: 419 Special | |
| 86 | | | ESET0046673 – 80 | Eset Manual – HIPS Version1.3 | |
| 87 | | | ESET0047310 – 16 | Email from Robert Pasko to Michal Bratko Re: Implementation of GDPR – Workshop #2 – Addressing 31 Product/Channel Matrix Entries with attachment | |
| 88 | | | ESET0048286 – 99 | Email from Juraj Sustek to Andrej Babolchai w/attachment – Presentation regarding Charon stream processing | |

| JTX Trial Ex. No. | Date Marked | Date Admitted | Bates Numbers | Description | Deposition Exhibit No. |
|---|---|---|---|---|---|
| 89 | | | ESET0054016 – 17 | Email from Jakub Debski to Patrik Sucansky, et al., Re: Schema – ESET Cloud Technologies | |
| 90 | | | ESET0061861 – 81 | Email from Jaroslava Nikodemova to Richard Marko Re: ECMPS presentation, with attachment Enterprise Cloud Malware Protection by Juraj Malcho | |
| 91 | | | ESET0072583 – 637 | Presentation – [mK2] Complex Malware Analysis Sandbox – by Miszczak Marcin, Krzywicki Mateusz, Kwiecien Tomasz | |
| 92 | | | ESET0072738 – 77 | Presentation – Malware Analyzer | |
| 93 | | | FINJAN-ESET 007401 – 41 | Eset Manual – NOD32 antivirus system – Remote Administrator Overview | |

| JTX Trial Ex. No. | Date Marked | Date Admitted | Bates Numbers | Description | Deposition Exhibit No. |
|---|---|---|---|---|---|
| 94 | | | FINJAN-ESET 007442 – 53 | Eset Presentation – Eset Technology – The multi-layered approach and its effectiveness – Document version: 1.0 – Authors: Jakub Debski, Juraj Malcho, Peter Stancik | |
| 95 | | | FINJAN-ESET 007561 – 93 | Eset Manual – Eset Gateway Security – Installation Manual and User Guide (intended for product version 4.5 and higher) | |
| 96 | | | FINJAN-ESET 008419 – 20 | Webpage – Eset Virusradar – Win32/Tinba.AA | |
| 97 | | | FINJAN-ESET 008426 – 31 | Eset Document – How Eset Protects you from Today's Advanced Malware Threats | |

| JTX Trial Ex. No. | Date Marked | Date Admitted | Bates Numbers | Description | Deposition Exhibit No. |
|---|---|---|---|---|---|
| 98 | | | FINJAN-ESET 008461 – 73 | Eset Presentation – Eset Technology - The multi-layered approach and its effectiveness - Document version 1.1 – Authors: Jakub Debski, Juraj Malcho, Peter Stancik | |
| 99 | | | FINJAN-ESET 008621 – 785 | Eset Manual – Eset File Security for Microsoft Server – Installation Manual and User Guide | |
| 100 | | | FINJAN-ESET 009399 – 540 | Eset Internet Security 10 – User Guide (intended for product version 10.0 and higher) | |
| 101 | | | FINJAN-ESET 010223 – 364 | Eset Manual – Eset Internet Security 10 – User Guide (intended for product version 10.0 and higher) | |

| JTX Trial Ex. No. | Date Marked | Date Admitted | Bates Numbers | Description | Deposition Exhibit No. |
|---|---|---|---|---|---|
| 102 | | | FINJAN-ESET 010560 – 61 | Eset Webpage – Press Center – ESET: Top Computer Threats in Thailand of April 2012 | |
| 103 | | | FINJAN-ESET 010587 | Eset Webpage – ESET Smart Security – Online Help – Eset LiveGrid | |
| 104 | | | FINJAN-ESET 010708 – 09 | Eset Webpage – ESET Knowledgebase – What is the ThreatSense.Net Early Warning System? – Document ID: 15822 | |
| 105 | | | FINJAN-ESET 010732 – 40 | Eset Webpage – ESET About ESET Technology – Continually developing leading-edge protection | |
| 106 | | | FINJAN-ESET 010777 – 82 | Eset Webpage – Global Threat Radar July 2016: Scamming the Would-Be Scammer | |

| JTX Trial Ex. No. | Date Marked | Date Admitted | Bates Numbers | Description | Deposition Exhibit No. |
|---|---|---|---|---|---|
| 107 | | | FINJAN-ESET 010790 – 93 | Welivesecurity Webpage – OSX/Lamadai.A: The Mac Payload on Malware Targeting Tibetan NGOs | |
| 108 | | | FINJAN-ESET 336565 – 71 | Eset Webpage - ESET Threat Intelligence | |
| 109 | | | FINJAN-ESET 674715 – 16 | Eset Webpage – Eset Online Help – ESET Smart Security Premium | |
| 110 | | | FINJAN-ESET 675749 – 69 | Eset Presentation – Eset Technology – The multilayered approach and its effectiveness – Document version 1.3 | |
| 111 | | | ESET0075582 – 95 | Distribution Agreement between Eset spol. s r.o., and Eset, LLC, d/b/a Eset North America | |

| JTX Trial Ex. No. | Date Marked | Date Admitted | Bates Numbers | Description | Deposition Exhibit No. |
|---|---|---|---|---|---|
| 112 | | | ESET0075601 – 17 | Intangible Property License Agreement between Eset spol. s r.o., and Eset, LLC | |
| 113 | | | ESET0075618 – 31 | Amended & Restated Intangible Property License Agreement between Eset spol. s r.o., and Eset, LLC, d/b/a Eset North America | |
| 114 | | | ESET0078152 | ESET Spreadsheet – All Products – 2016 | |
| 115 | | | ESET0078153 | ESET Spreadsheet – Products all version | |
| 116 | | | ESET0078198 | ESET Spreadsheet – All Products – 2015 | |
| 117 | | | FINJAN-ESET 007392 – 93 | Eset Webpage – Antivirus and Internet Security for home users | |
| 118 | | | FINJAN-ESET 010809 – 27 | Confidential Patent Agreement between Finjan Software, Ltd. and Microsoft Corporation | |

| JTX Trial Ex. No. | Date Marked | Date Admitted | Bates Numbers | Description | Deposition Exhibit No. |
|---|---|---|---|---|---|
| 119 | | | FINJAN-ESET 172092 – 111 | Confidential Patent License, Settlement and Release Agreement between Finjan, Inc. and Websense, Inc. | |
| 120 | | | FINJAN-ESET 172112 – 26 | Confidential Patent License Agreement between Finjan, Inc. and Veracode, Inc. | |
| 121 | | | FINJAN-ESET 172127 – 49 | Confidential Asset Purchase and Patent License Agreement between Finjan, Inc. and F-Secure Corporation | |
| 122 | | | FINJAN-ESET 172150 – 62 | Confidential Patent License Agreement between Finjan, Inc. and F5 Networks, Inc. | |
| 123 | | | FINJAN-ESET 172163 – 76 | Confidential Patent License, Settlement and Release Agreement between Finjan, Inc. and Third Party | |

| JTX Trial Ex. No. | Date Marked | Date Admitted | Bates Numbers | Description | Deposition Exhibit No. |
|---|---|---|---|---|---|
| 124 | | | FINJAN-ESET 172177 – 82 | Amendment to Confidential Patent License, Settlement and Release Agreement between Finjan, Inc. and Avast Software s.r.o. | |
| 125 | | | FINJAN-ESET 172183 – 97 | Confidential Patent License, Settlement and Release Agreement between Finjan, Inc. and Avast Software s.r.o. | |
| 126 | | | FINJAN-ESET 172198 – 221 | Confidential Patent License, Settlement and Release Agreement between Finjan, Inc. and Armorize Technologies, Inc. | |
| 127 | | | FINJAN-ESET 172251 – 70 | Confidential Patent License Agreement between Finjan, Inc. and Third Party | |

| JTX Trial Ex. No. | Date Marked | Date Admitted | Bates Numbers | Description | Deposition Exhibit No. |
|---|---|---|---|---|---|
| 128 | | | FINJAN-ESET 172298 – 45 | Settlement, Release, and License Agreement between FSI Delaware, Inc. and Webroot Inc. | |
| 129 | | | FINJAN-ESET 172346 – 63 | Confidential Settlement, Release , and Patent License Agreement between Finjan Software, Inc. and Intel Corporation | |
| 130 | | | FINJAN-ESET 172364 – 93 | Confidential Master Agreement between Finjan Holdings, Inc., Finjan, Inc., Finjan Mobile, Inc., Sophos Group plc | |
| 131 | | | FINJAN-ESET 172394 – 408 | Confidential Patent License Agreement between Finjan, Inc. and Avira Holdings GmbH & Co. KG | |

| JTX Trial Ex. No. | Date Marked | Date Admitted | Bates Numbers | Description | Deposition Exhibit No. |
|---|---|---|---|---|---|
| 132 | | | FINJAN-ESET 172409 – 50 | Confidential Avira VPN Platform Distribution Agreement between Avira, Inc. and Finjan Mobile, Inc. | |
| 133 | | | FINJAN-ESET 336864 – 83 | Confidential Patent License and Settlement Agreement between Finjan, Inc., Finjan Blue, Inc., Finjan Mobile, Finjan Holdings, Inc. and Symantec Corp. | |
| 134 | | | FINJAN-ESET 336900 – 30 | Confidential Patent License and Settlement Agreement between Finjan, Inc. and Carbon Black, Inc. | |
| 135 | | | FINJAN-ESET 435935 – 60 | IDC Presentation – Market Analysis Perspective: Worldwide Security Products, 2013 | |

| JTX Trial Ex. No. | Date Marked | Date Admitted | Bates Numbers | Description | Deposition Exhibit No. |
|---|---|---|---|---|---|
| 136 | | | FINJAN-ESET 472366 – 80 | Confidential Patent License Agreement between FireEye, Inc. and Finjan Holdings, Inc., Finjan, Inc., Finjan Blue, Inc., and Finjan Mobile, Inc. | |
| 137 | | | FINJAN-ESET 472381 – 96 | Confidential Patent License Agreement between Finjan Holdings, Inc., Finjan, Inc., Finjan Blue, Inc., and Finjan Mobile, Inc. and FireEye, Inc. | |
| 138 | | | FINJAN-ESET 483664 – 95 | Confidential Patent License Agreement between Finjan, Inc. and Trend Micro Incorporated (K.K.), Trend Micro, Inc. and Finjan Blue, Inc. | |
| 139 | | | ESET0045225-31 | Eset - Market Definition (DONE) | |
| 140 | | | ESET0040357 – 59 | Version 9 Story, Goals and Scope – Redline Draft | |

| JTX Trial Ex. No. | Date Marked | Date Admitted | Bates Numbers | Description | Deposition Exhibit No. |
|---|---|---|---|---|---|
| 141 | | | ESET0044317 | Eset Document – Reputation Evaluator PIN | |
| 142 | | | ESET0077572 – 8151 | Spreadsheet regarding Eset servers, with titles "Server Role", "Host", "vCenter/SRV", and "OS" | |
| 143 | | | FINJAN-ESET 008375 - 415 | Eset NOD 32 antivirus system – Remote Administrator Overview | |
| 144 | | | FINJAN-ESET 009001 - 89 | Eset Security for Kerio Installation Manual and User Guide, Microsoft Windows Server 2003/2008/2008 R2/2012 | |
| 145 | | | FINJAN-ESET 009090 - 122 | Eset Gateway Security Installation Manual and User Guide (intended for product version 4.5 and higher) Linux | |

| JTX Trial Ex. No. | Date Marked | Date Admitted | Bates Numbers | Description | Deposition Exhibit No. |
|---|---|---|---|---|---|
| 146 | | | FINJAN-ESET 009123 - 60 | Eset Mail Security Installation Manual and User Guide (intended for product version 4.5 and higher) Linux | |
| 147 | | | FINJAN-ESET 010579 –80 | Eset webpage – Eset Security Forum, Eset Smart Security and Eset Internet Security – LiveGrid and data collection ith V9 | |
| 148 | | | ESET0019120 – 24 | Eset – Advanced memory Scanner (AMS) | |
| 149 | | | ESET0043511 – 12 | ESS – Task # 2738 | |
| 150 | | | ESET0043513 – 14 | ESS – Task # 2739 | |
| 151 | | | ESET0043515 - 16 | ESS – Task # 2740 | |
| 152 | | | ESET0044877 - 82 | Eset ESS10 Protection from script based attacks | |
| 153 | | | FINJAN-ESET 008424 | Eset Smart Security Premium – Online Help - Script-Based Attacks Protection | |

| JTX Trial Ex. No. | Date Marked | Date Admitted | Bates Numbers | Description | Deposition Exhibit No. |
|---|---|---|---|---|---|
| 154 | | | FINJAN-ESET 009293 – 398 | Eset NOD32 Antivirus 9 User Guide | |
| 155 | | | FINJAN-ESET 010562 – 71 | Eset webpage – Eset Security Forum – Infographics about Esets software – "Eset Technology From the Inside" | |
| 156 | | | FINJAN-ESET 010625 - 29 | Eset webage - Eset Knowledgebase – Host-based Intrusion Prevention System (HIPS) – Advanced setup (8.x) | |
| 157 | | | FINJAN-ESET 010741 – 43 | Eset webpage – SysInspector Free PC Diagnostic Tool | |
| 158 | | | FINJAN-ESET 674509 – 10 | Eset webage - Eset Knowledgebase – Change the scanner's default response to virus detection | |

| JTX Trial Ex. No. | Date Marked | Date Admitted | Bates Numbers | Description | Deposition Exhibit No. |
|---|---|---|---|---|---|
| 159 | | | FINJAN-ESET 674511 - 13 | Eset webage - Eset Knowledgebase – Configure HIPS rules for Eset business products to protect against ransomware | |
| 160 | | | FINJAN-ESET 674522 - 25 | Eset webpage – Excludes files or folders from scanning in Eset Windows home products | |
| 161 | | | FINJAN-ESET 674556 – 64 | Eset webpage – ThreatSense parameters, product version 11.0 | |
| 162 | | | FINJAN-ESET 674622 | ESET Webpage – ESET Technology From the Inside: Advanced Heuristics available at https://static4.esetstatic.com/fileadmin/images/INT/Images/Article-Floated/ESET-Technol…  (Native version) | |

| JTX Trial Ex. No. | Date Marked | Date Admitted | Bates Numbers | Description | Deposition Exhibit No. |
|---|---|---|---|---|---|
| 163 | | | FINJAN-ESET 675115-19 | Symantec Webpage – Security Center JS.Downloader!gen25 available at https://www.symantec.com/security-center/writeup/2016-120807-4322-99 | |
| 164 | | | FINJAN-ESET 675417-20 | Symantec Webpage – Security Center VBS.Downloader!gen2 available at https://www.symantec.com/security-center/writeup/2017-083113-4355-99 | |
| 165 | | | FINJAN-ESET 675425-29 | Symantec Webpage – Security Center W97M.Downloader.M available at https://www.symantec.com/security-center/writeup/2016-12011-2355-99 | |

| JTX Trial Ex. No. | Date Marked | Date Admitted | Bates Numbers | Description | Deposition Exhibit No. |
|---|---|---|---|---|---|
| 166 | | | FINJAN-ESET 675430-34 | Symantec Webpage – Security Center W97M.Downloader.N available at https://www.symantec.com/security-center/writeup/2016-120806-5019-99 | |
| 167 | | | FINJAN-ESET 675747 – 48 | Eset Webpage - ESET Reports Major Increase of Dangerous Filecoders - Trojans Extorting Ransom After Encrypting Data | |
| 168 | | | FINJAN-ESET 675772 | ESET Webpage – File Behavior Report | |
| 169 | | | FINJAN-ESET 675913-18 | ESET Webpage – ThreatSense parameters | |
| 170 | | | FINJAN-ESET 172222-50 | Patent License Agreement between M86 Security, Inc., M86 Americas, Inc. and Finjan, Inc. | |

| JTX Trial Ex. No. | Date Marked | Date Admitted | Bates Numbers | Description | Deposition Exhibit No. |
|---|---|---|---|---|---|
| 171 | | | FINJAN-ESET 008063-121 | File History for Provisional Application No. 60-030639 | |
| 172 | | | FINJAN-ESET 026036 | Email from Yuval Ben-Itzhak to Yaniv Dafni re Breakdown of Finjan's Patents | |
| 173 | | | FINJAN-ESET 173600-06 | Sun Microsystems Document - Java Security by J. Steven Fritzinger | |
| 174 | | | FINJAN-ESET 357384-419 | Gartner Market Analysis – Worldwide Antivirus Software Forecast and Analysis, 2003-2007: Return of the Consumer by Brian E. Burke | |

| JTX Trial Ex. No. | Date Marked | Date Admitted | Bates Numbers | Description | Deposition Exhibit No. |
|---|---|---|---|---|---|
| 175 | | | FINJAN-ESET 471887-922 | Gartner Market Analysis – Worldwide Antivirus Software Forecast and Analysis, 2003-2007: Return of the Consumer by Brian E. Burke | |
| 176 | | | FINJAN-ESET 230979-1034 | File History for Provisional Application No. 60-030639 | |