NICOLA A. PISANO, CA Bar No. 151282
    NicolaPisano@eversheds-sutherland.com
JOSE L. PATIÑO, CA Bar No. 149568
    JosePatino@eversheds-sutherland.com
JUSTIN E. GRAY, CA Bar No. 282452
    JustinGray@eversheds-sutherland.com
SCOTT A. PENNER, CA Bar No. 253716
    ScottPenner@eversheds-sutherland.com
**EVERSHEDS SUTHERLAND (US) LLP**
12255 EL CAMINO REAL, SUITE 100
SAN DIEGO, CALIFORNIA  92130
TELEPHONE:      858.252.6502
FACSIMILE:      858.252.6503

Attorneys for Defendants and Counter-Plaintiffs
ESET, LLC and ESET, SPOL. S.R.O.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FINJAN, INC., | Case No. 3:17-cv-0183-CAB-BGS |
| Plaintiff, | **ESET, LLC AND ESET, SPOL. S.R.O.'S PROPOSED SPECIAL VERDICT FORM** |
| v. | |
| ESET, LLC, et al., | Judge:    Hon. Cathy Ann Bencivengo |
| Defendants. | |
| AND RELATED COUNTERCLAIMS. | |

17cv0183

44093071.2

Pursuant to Civil Local Rule 16.1(f)(9)(b), Defendants ESET, LLC and ESET, spol. s.r.o. (collectively, "ESET") submit their proposed special verdict form.

Dated: March 2, 2020

Respectfully submitted,

**EVERSHEDS SUTHERLAND (US) LLP**

*/s/ Nicola A. Pisano*
NICOLA A. PISANO, CA Bar No. 151282
    NicolaPisano@eversheds-sutherland.com
JOSE L. PATINO, CA Bar No. 149568
    JosePatino@eversheds-sutherland.com
JUSTIN E. GRAY, CA Bar No. 282452
    JustinGray@eversheds-sutherland.com
SCOTT A. PENNER, CA Bar No. 253716
    ScottPenner@eversheds-sutherland.com
12255 EL CAMINO REAL, SUITE 100
SAN DIEGO, CALIFORNIA  92130
TELEPHONE:      858.252.6502
FACSIMILE:      858.252.6503

Attorneys for Defendants and Counter-Plaintiffs
ESET, LLC and ESET, SPOL. S.R.O.

44093071.2

When answering the following questions and filling out this special verdict form, please follow the directions provided throughout this special verdict form and the final charge to the jury.

We, the jury, unanimously find as follows:

## I.    INFRINGEMENT

**Question 1.** Has Finjan proven by a preponderance of the evidence that any of ESET, LLC or ESET spol. s.r.o.'s accused products infringe any of the claims of the Asserted Patents?

*A "yes" is a finding for Finjan, a "no" is a finding for ESET, LLC and ESET spol. s.r.o.*

YES _____ NO _____

If you answered "yes," please mark the claim(s) you found to be infringed, the specific products that infringe each such claim, and circle whether you found the infringement to be literal or under the doctrine of equivalents ("DOE") in the table on the following page. If you answered "no," please skip to Question 2.

| **DESCRIPTION** | **ACCUSED PRODUCTS** |
|---|---|
| Consumer Windows products | ESET Endpoint Security<br>ESET Endpoint Antivirus<br>ESET Cyber Security<br>ESET Internet Security<br>ESET Mail Security<br>ESET File Security<br>ESET Gateway Security |
| Consumer Linux products | ESET Mail Security<br>ESET Gateway Security<br>ESET Virtual Environment Security |
| Consumer Mac products | ESET Cyber Security<br>ESET Mail Security |
| LiveGrid Reputation System | LiveGrid Reputation System |
| LiveGrid Feedback System | LiveGrid Feedback System |
| CMPS | Cloud Malware Protection System |
| Other (Augur, EDTD/ECMPS, ETI, EI) | Augur (Machine Learning)<br>ESET Dynamic Threat Defense / Enterprise Cloud Malware Protection System<br>ESET Threat Intelligence<br>Enterprise Inspector |

17cv0183

44093071.2

| | ESET spol. s.r.o. | | | | | | | ESET, LLC | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Consumer Windows products | Consumer Linux products | Consumer Mac products | LiveGrid Reputation System | LiveGrid Feedback System | CMPS | Other (Augur, EDTD/ECMPS, ETI, EI) | Consumer Windows products | Consumer Linux products | Consumer Mac products | LiveGrid Reputation System | LiveGrid Feedback System | CMPS | Other (Augur, EDTD/ECMPS, ETI, EI) |
| '844 Claim 1 (literal / DOE) | | | ■ | | | | | | | ■ | | | | |
| '844 Claim 7 (literal) | | | ■ | | | | | | | ■ | | | | |
| '844 Claim 11 (literal / DOE) | | | ■ | | | | | | | ■ | | | | |
| '844 Claim 15 (literal / DOE) | | | ■ | | | | | | | ■ | | | | |
| '844 Claim 16 (literal / DOE) | | | ■ | | | | | | | ■ | | | | |
| '780 Claim 9 (literal / DOE) | | | | | | | | | | | | | | |
| '780 Claim 13 (literal) | | | | | | | | | | | | | | |
| '086 Claim 24 (literal / DOE) | | | | | | | | | | | | | | |
| '086 Claim 42 (literal / DOE) | | | | | | | | | | | | | | |
| '621 Claim 1 (literal / DOE) | | ■ | | | | | | | ■ | | | | | |
| '621 Claim 6 (literal) | | ■ | | | | | | | ■ | | | | | |
| '621 Claim 7 (literal) | | ■ | | | | | | | ■ | | | | | |
| '621 Claim 10 (literal / DOE) | | ■ | | | | | | | ■ | | | | | |
| '755 Claim 3 (literal / DOE) | | ■ | ■ | ■ | ■ | | | | ■ | ■ | ■ | ■ | | |
| '755 Claim 5 (literal) | | ■ | ■ | ■ | ■ | | | | ■ | ■ | ■ | ■ | | |
| '755 Claim 6 (literal) | | ■ | ■ | ■ | ■ | | | | ■ | ■ | ■ | ■ | | |

17cv0183

44093071.2

## II.    **INVALIDITY**

**Question 2.** Has ESET, LLC and ESET spol. s.r.o. proven by clear and convincing evidence that any of the claims of the Asserted Patents are invalid due to being anticipated, obvious, indefinite, abandoned, failing to meet the written description requirement, improper inventorship, or failing to be enabled?

*A "yes" is a finding for ESET, LLC and ESET spol. s.r.o., a "no" is a finding for Finjan.*

YES _____    NO _____

If you answered "yes," please mark the claim(s) you found to be invalid.

| '844 Patent | Claim 1 _____ |
| | Claim 7 _____ |
| | Claim 11 _____ |
| | Claim 15 _____ |
| | Claim 16 _____ |
| '780 Patent | Claim 9 _____ |
| | Claim 13 _____ |
| | Claim 18 _____ |
| '086 Patent | Claim 1 _____ |
| | Claim 9 _____ |
| | Claim 24 _____ |
| | Claim 42 _____ |
| '621 Patent | Claim 1 _____ |
| | Claim 6 _____ |
| | Claim 7 _____ |
| | Claim 10 _____ |
| '755 Patent | Claim 3 _____ |
| | Claim 5 _____ |
| | Claim 6 _____ |

44093071.2

## III.   **DEFENSES**

**Question 3.** Has ESET, LLC and ESET spol. s.r.o. proven prosecution laches by proving by clear and convincing evidence that there was an unreasonably long delay in filing the claims of an asserted patent and that ESET, LLC and ESET spol. s.r.o. will be prejudiced if Finjan is entitled to enforce the patent despite the unreasonable delay in securing the claims of the patent that Finjan is barred from enforcing its patent claims?

*A "yes" is a finding for ESET, LLC and ESET spol. s.r.o., a "no" is a finding for Finjan.*

YES _____   NO _____

If you answered "yes," please mark the patent(s) in which prosecution laches applies.

'086 patent     _____
'621 patent     _____
'755 patent     _____

**Question 4.** ESET's Consumer Windows products, as identified above, are accused of infringing all asserted claims of the '780 patent, claims 24 and 42 of the '086 patent, all asserted claims of the '621 patent, and all asserted claims of the '755 patent. Irrespective of whether you found infringement, are ESET's Consumer Windows products licensed to these claims under the Microsoft license?

*A "yes" is a finding for ESET, LLC and ESET spol. s.r.o., a "no" is a finding for Finjan.*

YES _____   NO _____

## IV.   **DAMAGES**

**Question 5.** If you found any claim of the Asserted Patents to be infringed, valid, and not subject to a defense identified above, Finjan is entitled to a payment of $_____.

\* \* \* \* \*

You have now reached the end of the verdict form and should review it to ensure it accurately reflects your unanimous determinations.  The Presiding Juror should then sign and date the verdict form in the spaced below and notify the Security Guard that you have reached a verdict.  The Presiding Juror should retain possession of the verdict form and bring it when the jury is brought back into the courtroom.

Dated: _____          _____
                                                          PRESIDING JUROR

44093071.2