PAUL ANDRE (SBN 196585)
pandre@kramerlevin.com
LISA KOBIALKA (SBN 191404)
lkobialka@kramerlevin.com
JAMES HANNAH (SBN 237978)
jhannah@kramerlevin.com
KRAMER LEVIN NAFTALIS
& FRANKEL LLP
990 Marsh Road
Menlo Park, CA  94025
Telephone:  (650) 752-1700
Facsimile:  (650) 752-1800

*Attorneys for Plaintiff*
FINJAN, INC.

NICOLA A. PISANO, CA Bar No. 151282
  NicolaPisano@eversheds-sutherland.com
JOSE L. PATIÑO, CA Bar No. 149568
  JosePatino@eversheds-sutherland.com
JUSTIN E. GRAY, CA Bar No. 282452
  JustinGray@eversheds-sutherland.com
SCOTT A. PENNER, CA Bar No. 253716
  ScottPenner@eversheds-sutherland.com
**EVERSHEDS SUTHERLAND (US) LLP**
12255 EL CAMINO REAL, SUITE 100
SAN DIEGO, CALIFORNIA  92130
TELEPHONE:       858.252.6502
FACSIMILE:       858.252.6503

Attorneys for Defendants and Counter-Plaintiffs
ESET, LLC and ESET, SPOL. S.R.O.

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA
### SAN DIEGO DIVISION

| | |
|---|---|
| FINJAN, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>ESET, LLC, a California Limited Liability Corporation, and ESET SPOL. S.R.O., a Slovak Republic Corporation,<br><br>Defendants.<br>ESET, LLC, a California Limited Liability Corporation, and ESET SPOL. S.R.O., a Slovak Republic Corporation,<br><br>Counterclaim-Plaintiffs,<br><br>v.<br><br>FINJAN, INC., a Delaware Corporation,<br><br>Counterclaim-Defendant. | Case No. 3:17-cv-00183-CAB-BGS<br><br>**JOINT [PROPOSED] VOIR DIRE QUESTIONS** |

1. Good morning, ladies and gentlemen.  I am Judge Cathy Ann Bencivengo and I will be presiding over the trial in this matter for which a jury is about to be chosen.  This case is *Finjan, Inc. v. ESET, LLC and ESET spol. s.r.o.*  As I will discuss in more detail shortly, this is a patent dispute that relates to systems for protecting computers from malware and other malicious software attacks.

2. I am now going to question the prospective jurors concerning their qualifications to serve as jurors in this case.

3. In the trial of this case, the parties are entitled to have a fair, unbiased and unprejudiced jury. If there is any reason why any of you might be biased or prejudiced in any way, you must disclose such reason when you are asked to do so. It is your duty to make this disclosure.

4. Have any of you heard of, or have any knowledge of, the facts of events in this case?

5. Do any of you believe that a case of this nature should not be brought to court for determination by a jury?

6. The parties of this case and their respective attorneys are: Plaintiffs are represented by Paul Andre, Lisa Kobialka, James Hannah, Kristopher Kastens, and Michael Lee of the law firm of Kramer Levin Naftalis & Frankel LLP.  Defendants are represented by Nicola Pisano, Jose Patiño, Scott Penner, Justin Gray, and Regis Worley of the law firm of Eversheds Sutherland (US) LLP.

7. During the trial of this case, the following witnesses may be called to testify on behalf of the parties. These witnesses are: Alexandra Albro, Kevin Arst, Yuval Ben-Itzhak, Dr. Harry Bims, Christopher Bono, Thomas Britven, Erik Cabetas, Dr. Eric Cole, Marcin Gabryszewski, John Garland, Dr. Michael Goodrich, Aryah Goretsky, Dr. Sylvia Hall-Ellis, Philip Hartstein, Dr. Trent Jaeger, Juraj Janosik, Peter Kosinar, Peter Kovac, Michal Kovacik, Matej Krizan, David Kroll, Pavel Luka, Juraj Malcho, Richard Marko, Dr. Nenad Medvidovic, Jana Michalakova, Dr. Michael

Mitzenmacher, Dr. Alessandro Orso, Robert Pasko, Vladimir Paulen, Viliam Simovic, Wojciech Skora, Ivan Somlo, Dr. Eugene Spafford, Brett Stapleton, Patrik Sucansky, Juraj Sustek, Roger Thompson, Shlomo Touboul, Jan Vrabec, Peter Vrana, Mateusz Wojcik, and Righard Zwienenberg,

8. Have any of you heard of or been otherwise acquainted with, related to, done business with, been employed by or had any dealings with any of the parties, attorneys or witnesses just named?  The parties are not required and might not wish to call on these witnesses, and they may later find it necessary to call other witnesses.

9. Do any of you have any belief or feeling toward any of the parties, attorneys or witnesses that might be regarded as a bias or prejudice for or against any of them?  Do you own stock in any of the parties or have any interest, financial or otherwise, in the outcome of this case?

10. Have any of you, or any member of your family or close friends, to your knowledge, ever filed an action against anyone or had an action filed against any of you, or appeared as a witness, in any civil or criminal case, excluding a domestic relations case? (If so, did the matter terminate satisfactorily so far as you were concerned?)

11. It may appear that one or more of the parties, attorneys, or witnesses come from a particular national, racial or religious group or may have a life style different than your own.  Would this in any way affect your judgment or the weight and credibility you would give to their testimony?

12. Have you or any member of your immediate family ever been employed by the United States Patent and Trademark Office?

13. Have you or any member of your immediate family ever applied for, or obtained, a United States or foreign patent?  If so, in what field?  Was the patent issued?

14. Do you have any opinions about patents, patent rights, or the United States Patent and Trademark Office that might make it difficult for you to be a fair and impartial juror in this case?

15. Have any of you, or any member of your family or close friends, had any experience or special training in: computer technology, computer security, antivirus products, data communications, telecommunications, information technology ("IT"), patent prosecution, or patent litigation?

16. Have any of you, or any member of your family or close friends, ever worked for an employer that sells computers or computer security equipment?

17. To your knowledge, have any of you, or any member of your family or close friends, ever used computer security or antivirus products?

18. This case involves a patent dispute, including issues of patent infringement and patent validity. Have any of you, or any member of your family or close friends, to your knowledge, been involved in a patent dispute? If so, would that fact affect your point of view in this case to the extent that you might not be able to render a completely fair and impartial verdict?

19. Does anyone have strong feelings about monetary damages awards that would cause you not to be able to follow the law as I give it to you, such as an instruction to not grant monetary damage awards if that is what is warranted under the law?

20. Have you served on a jury in a civil or criminal case or as a member of a grand jury within the last fifteen years?

21. Do you know of any reason, or has anything occurred during this question period, that might make you doubtful that you would be a completely fair and impartial juror in this case? If there is, it is your duty to disclose the reason at this time.

22. Is there any reason, such as poor vision, difficulty hearing, or difficulty understanding spoken or written English that would make it difficult for you to serve on this jury?