# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA
# SAN DIEGO DIVISION

| | |
|---|---|
| FINJAN, INC., a Delaware Corporation,<br><br>   Plaintiff,<br><br> v.<br><br>ESET, LLC, a California Limited Liability Corporation, and ESET SPOL. S.R.O., a Slovak Republic Corporation,<br><br>   Defendants. | Case No. 3:17-cv-00183-CAB-BGS<br><br>**SPECIAL VERDICT FORM** |
| ESET, LLC, a California Limited Liability Corporation, and ESET SPOL. S.R.O., a Slovak Republic Corporation,<br><br>   Counterclaim-Plaintiffs,<br><br> v.<br><br>FINJAN, INC., a Delaware Corporation,<br><br>   Counterclaim-Defendant. | |

  When answering the following questions and filling out this special verdict form, please follow the directions provided throughout this special verdict form and the final charge to the jury.

  We, the jury, unanimously find as follows:

1.  **INFRINGEMENT**

**Question 1.** Has Finjan proven by a preponderance of the evidence that Eset's accused products infringe any of the claims of the Asserted Patents?

*A "yes" is a finding for Finjan, a "no" is a finding for Eset.*

YES \_\_\_\_\_   NO \_\_\_\_\_

If you answered "yes," please put an "X" mark in the box for the claim(s) you found to be infringed and for each products you found to infringe the claim. If you answered "no," please skip to Question 3.

|  |  | Endpoint Products | Gateway/Server Products | Cloud Products |
|---|---|---|---|---|
| '844 Patent | Claim 1 | ■ |  |  |
|  | Claim 7 | ■ |  |  |
|  | Claim 11 | ■ |  |  |
|  | Claim 15 | ■ |  |  |
|  | Claim 16 | ■ |  |  |
| '086 Patent | Claim 24 |  |  |  |
|  | Claim 42 |  |  |  |
| '780 Patent | Claim 9 |  |  |  |
|  | Claim 13 |  |  |  |
| '621 Patent | Claim 1 |  | ■ | ■ |
|  | Claim 6 |  | ■ | ■ |
|  | Claim 7 |  | ■ | ■ |
|  | Claim 10 |  | ■ | ■ |
| '755 Patent | Claim 3 |  | ■ | ■ |
|  | Claim 5 |  | ■ | ■ |
|  | Claim 6 |  | ■ | ■ |

2

## 2. INVALIDITY

**Question 2.** Has Eset proven by clear and convincing evidence that any of the claims of the Asserted Patents are invalid?

*A "yes" is a finding for Eset, a "no" is a finding for Finjan.*

YES \_\_\_\_\_   NO \_\_\_\_\_

If you answered "yes," please mark the claim(s) you found to be invalid.

| Patent | Claim | |
|---|---|---|
| '844 Patent | Claim 1 | \_\_\_\_\_ |
| | Claim 7 | \_\_\_\_\_ |
| | Claim 11 | \_\_\_\_\_ |
| | Claim 15 | \_\_\_\_\_ |
| | Claim 16 | \_\_\_\_\_ |
| | Claim 21 | \_\_\_\_\_ |
| '086 Patent | Claim 24 | \_\_\_\_\_ |
| | Claim 42 | \_\_\_\_\_ |
| '780 Patent | Claim 9 | \_\_\_\_\_ |
| | Claim 13 | \_\_\_\_\_ |
| '621 Patent | Claim 1 | \_\_\_\_\_ |
| | Claim 6 | \_\_\_\_\_ |
| | Claim 7 | \_\_\_\_\_ |
| | Claim 10 | \_\_\_\_\_ |
| '755 Patent | Claim 3 | \_\_\_\_\_ |
| | Claim 5 | \_\_\_\_\_ |
| | Claim 6 | \_\_\_\_\_ |

If you have found one or more of the claims of the Asserted Patents to be infringed and not invalid, answer Question 3 below.

## 3. DAMAGES

**Question 3.** If you found any claim of the Asserted Patents to be infringed and valid, Finjan entitled to a payment of $ _____.

3

SPECIAL VERDICT FORM                                          CASE NO.: 3:17-cv-00183-CAB-BGS

* * * * *

You have now reached the end of the verdict form and should review it to ensure it accurately reflects your unanimous determinations. The Presiding Juror should then sign and date the verdict form in the spaced below and notify the Security Guard that you have reached a verdict. The Presiding Juror should retain possession of the verdict form and bring it when the jury is brought back into the courtroom.

Dated: _____           _____
                                                              PRESIDING JURO