# MINUTE ORDER OF THE UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

Case Name: **Finjan, Inc. v. ESET, LLC, et al.**        Case Number: **17-cv-183-CAB-(BGS)**

Hon. Cathy Ann Bencivengo        Ct. Deputy Lori Hernandez        Rptr Tape: n/a

It is hereby **ORDERED** that the pending motion in limine [Doc. No. 745] is deemed **WITHDRAWN** without prejudice. It is **SO ORDERED**.

Date: April 30, 2020                                                                                     Initials: AJM