1                    UNITED STATES DISTRICT COURT

2                   SOUTHERN DISTRICT OF CALIFORNIA

3                 THE HONORABLE CATHY ANN BENCIVENGO

4

5   FINJAN, INC.,                    )
                                     )
6                    Plaintiff,      )   CASE NO. 17CV183-CAB-BGS
                                     )
7          vs.                       )   SAN DIEGO, CALIFORNIA
                                     )
8   ESET, LLC and ESET SPOL, S.R.O.,)
                                     )
9                    Defendants.     )

10

11

12

13

14

15

16                  MASTER INDEX FOR JURY TRIAL
              MARCH 10, 2020 through MARCH 12, 2020
17                        Pages 1-5

18

19

20

21

22

23  Proceedings reported by stenography, transcript produced by
    computer assisted software
24
                    Mauralee Ramirez, RPR, CSR No. 11674
25                   Federal Official Court Reporter
                        ordertranscript@gmail.com

MASTER INDEX (Page 2 of 5)

|                              | VOLUME | PAGE          |
|------------------------------|--------|---------------|
| JURY VOIR DIRE               | 1      | 27            |
| PRELIMINARY JURY INSTRUCTIONS | 1     | 76            |
| PLAINTIFF OPENING ARGUMENT    | 1     | 100           |
| DEFENSE OPENING ARGUMENT      | 1     | 122           |
| CLOSED COURTROOM TESTIMONY    | 2     | 335/10-340/25 |
|                              | 2      | 367/14-370/16 |
|                              | 3      | 529/16-546/17 |
|                              | 3      | 557/8-558/25  |

INDEX OF LIVE WITNESSES

| PLAINTIFF           | DIRECT   | CROSS    | REDIRECT             | RECROSS  |
|---------------------|----------|----------|----------------------|----------|
| PHILIP HARTSTEIN    |          |          |                      |          |
|  MS. KOBIALKA       | V1, 145  |          |                      | V1, 199  |
|  MR. PISANO         |          | V1, 174  |                      |          |
| HARRY BIMS, Ph.D    |          |          |                      |          |
|  MR. HANNAH         | V2, 229  |          | V2, 281<br>V2, 287   |          |
|  MR. WORLEY         |          | V2, 259  |                      | V2, 286  |
| ERIC COLE, Ph.D     |          |          |                      |          |
|  MR. ANDRE          | V3, 292  |          | V3, 452              |          |
|  MR. PISANO         |          | V3, 394  |                      | V3, 463  |
| DAVID KROLL         |          |          |                      |          |
|  MR. KASKINS        | V3, 466  | V3, 490  |                      |          |
|  MR. PENNER         | V3, 475  |          |                      |          |

```
 1                          INDEX (Page 3 of 5)

 2                INDEX OF LIVE WITNESSES (Continued)

 3    PLAINTIFF                 DIRECT   CROSS   REDIRECT  RECROSS

 4    MICHAEL MITZENMACHER, Ph.D

 5      MR. HANNAH              V3, 493

 6

 7           INDEX OF WITNESSES PRESENTED BY VIDEO

 8                                             VOLUME/PAGE

 9    SHLOMO TOUOUL                               1/206

10    MATEJ KRIZAN                                2/289

11    PAVEL LUKA                                  2/290

12    JURAJ MALCHO                                2/291

13    MICHAEL KOVACIK                             3/492

14    PATRICK SUCANSKY                            3/493

15

16                     INDEX OF EXHIBITS

17    PLAINTIFF                                  ADMITTED

18    43                                           355

19    63                                           290

20    65                                           290

21    71                                           291

22    74                                           291

23    76                                           291

24    78                                           292

25    195                                          345
```

```
 1                      INDEX (Page 4 of 5)

 2                  INDEX OF EXHIBITS (Continued)

 3   PLAINTIFF                                    ADMITTED

 4   228                                             173

 5   467                                             312

 6   472                                             343

 7   478                                             248

 8   500                                             159

 9   750                                             251

10   752                                             256

11   894                                             157

12   903                                             160

13   1084                                            206

14   1085                                            290

15   1086                                            291

16   1087                                            292

17   DEFENSE                                      ADMITTED

18   799                                             194

19   800                                             195

20   1039                                            191

21   1040                                            191

22   JOINT                                        ADMITTED

23   1                                               228

24   2                                               228

25   3                                               228
```

INDEX (page 5 of 5)

INDEX TO EXHIBITS (Continued)

| JOINT | ADMITTED |
|-------|----------|
| 4     | 228      |
| 5     | 228      |
| 42    | 346      |
| 58    | 331      |
| 60    | 319      |
| 61    | 363      |
| 73    | 371      |
| 75    | 355      |
| 91    | 375      |
| 92    | 373      |
| 106   | 350      |
| 118   | 196      |
| 130   | 170      |
| 145   | 324      |