NICOLA A. PISANO, CA Bar No. 151282
　NicolaPisano@eversheds-sutherland.com
JOSE L. PATIÑO, CA Bar No. 149568
　JosePatino@eversheds-sutherland.com
JUSTIN E. GRAY, CA Bar No. 282452
　JustinGray@eversheds-sutherland.com
SCOTT A. PENNER, CA Bar No. 253716
　ScottPenner@eversheds-sutherland.com
**EVERSHEDS SUTHERLAND (US) LLP**
12255 EL CAMINO REAL, SUITE 100
SAN DIEGO, CALIFORNIA  92130
TELEPHONE:　858.252.6502
FACSIMILE:　858.252.6503

Attorneys for Defendants and Counter-Plaintiffs
ESET, LLC and ESET, SPOL. S.R.O.

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FINJAN, INC.,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ESET, LLC, et al.,<br><br>　　　　Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No. 3:17-cv-0183-CAB-BGS<br><br>**ESET, LLC AND ESET, SPOL. S.R.O.'S NOTICE OF MOTION AND RENEWED MOTION FOR SUMMARY JUDGMENT OF INVALIDITY BASED ON INDEFINITENESS OF THE TERM "DOWNLOADABLE"**<br><br>Judge:　Hon. Cathy Ann Bencivengo<br><br>PER CHAMBERS RULES, NO ORAL ARGUMENT UNLESS SEPARATELY ORDERED BY THE COURT |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, if ordered by the Court, on a date to be determined by the Court, the parties may be heard in Courtroom 15A of the United States District Court for the Southern District of California, located at 333 West Broadway, San Diego, CA 92101, before the Honorable Cathy A. Bencivengo, where Defendants and Counter-Plaintiffs ESET, LLC and ESET, spol. s.r.o. (collectively referred to as "ESET"), will, and hereby do, move the Court for an order granting their Renewed Motion for Summary Judgment of Invalidity Based on Indefiniteness of the Term "Downloadable."

This Motion is based upon this Notice of Motion and the concurrently-filed Memorandum of Points & Authorities, the Declaration of Scott A. Penner, the Federal Rules of Civil Procedure, the Patent Local Rules, the files and records of this Court, and any and all other materials submitted to the Court on or before the time of its decision on this matter.

Dated: August 21, 2020  Respectfully submitted,

**EVERSHEDS SUTHERLAND (US) LLP**

*/s/ Scott A. Penner*
NICOLA A. PISANO, CA Bar No. 151282
  NicolaPisano@eversheds-sutherland.com
JOSE L. PATIÑO, CA Bar No. 149568
  JosePatino@eversheds-sutherland.com
JUSTIN E. GRAY, CA Bar No. 282452
  JustinGray@eversheds-sutherland.com
SCOTT A. PENNER, CA Bar No. 253716
  ScottPenner@eversheds-sutherland.com
12255 EL CAMINO REAL, SUITE 100
SAN DIEGO, CALIFORNIA  92130
TELEPHONE:     858.252.6502
FACSIMILE:     858.252.6503

Attorneys for Defendants and Counter-Plaintiffs
ESET, LLC and ESET, SPOL. S.R.O.

45157535.1