1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FINJAN, INC.,<br><br>                                        Plaintiff,<br><br>v.<br><br>ESET, LLC, a California Limited Liability<br>and ESET SPOL. S.R.O., a Slovak<br>Republic Corporation,<br><br>                                        Defendants. | Case No.:  3:17-cv-0183-CAB-BGS<br><br>**ORDER GRANTING MOTION FOR<br>SUBSTITUTION OF COUNSEL**<br><br>[Doc. No. 828] |

It is hereby **ORDERED** that Finjan's motion for substitution of counsel is **GRANTED**.  The Clerk of Court is instructed to substitute Fish & Richardson P.C., and in particular the individual attorneys identified in the motion, in place of Kramer Levin Naftalis & Frankel LLP as counsel for Plaintiff on the docket.

It is **SO ORDERED**.

Dated:  November 13, 2020

_____
Hon. Cathy Ann Bencivengo
United States District Judge

1