Juanita Brooks (SBN 75934) brooks@fr.com
Roger A. Denning (SBN 228998) denning@fr.com
Jason W. Wolff (SBN 215819) wolff@fr.com
Michael A. Amon (SBN 226221) amon@fr.com
FISH & RICHARDSON P.C.
12860 El Camino Real, Suite 400
San Diego, CA 92130
Tel: (858) 678-5070 / Fax: (858) 678-5099

Lawrence Jarvis (*pro hac vice*)
FISH & RICHARDSON P.C.
1180 Peachtree St., NE
21st Floor
Atlanta, GA 30309
Tel: (404) 891-5005 / Fax: (404) 892-5002

Attorneys for Plaintiff Finjan, Inc.

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FINJAN, INC.,<br><br>              Plaintiffs,<br><br>v.<br><br>ESET, LLC and ESET SPOL. S.R.O.,<br><br>              Defendants. | Case No. 17-cv-0183 CAB (BGS)<br><br>**FINJAN, INC.'S NOTICE OF MOTION AND MOTION TO AMEND CAPTION**<br><br>Hearing Date: January, 6, 2021<br>Courtroom:15A<br>Judge: Hon. Cathy Ann Bencivengo<br><br>**PER CHAMBERS RULES, NO ORAL ARGUMENT UNLESS SEPARATELY ORDERED BY THE COURT** |

TO ALL PARTIES, AND THEIR COUNSEL OF RECORD, please take notice that Plaintiff Finjan, Inc. ("Plaintiff" or "Finjan"), hereby requests the Court issue an order amending the caption in the above-titled case to reflect Plaintiff's conversion from a corporation to a limited liability company. On July 31, 2020, Plaintiff Finjan was converted from a "Delaware Corporation … to a Delaware Limited Liability Company, [and] chang[ed] its name from 'Finjan, Inc.' to 'Finjan LLC.'" Amon Decl., Exh. A at FINJAN-ESET_690366.[1]  Accordingly, Finjan requests that the caption of the above-titled case be amended to reflect the conversion, changing the identification of Plaintiff from "Finjan, Inc." to "Finjan LLC."

Defendants ESET, LLC and ESET SPOL. S.R.O. (collectively, "ESET") have indicated they will oppose Finjan's motion. Finjan first contacted ESET about amending the caption on November 11, 2020, asking if ESET would oppose. On November 12, 2020, ESET responded asking for documents confirming the conversion. Finjan produced the requested documents (attached as Exh. A to the Amon Decl.) on November 16, 2020.

At that point, ESET changed tactics to say it would not oppose this motion to amend *only* if Finjan agreed to produce documents related to the acquisition of Finjan's parent company by another non-party. *See* Amon Decl., Exh. B (11/16/20 email fr. Penner to Amon) ("If Finjan intends to refuse to produce the documents relevant to the Fortress acquisition then ESET suggests filing the motion as an opposed motion.").[2]  Finjan's parent company, Finjan Holdings LLC, is not a party in this case, and documents regarding its acquisition by yet another non-party are unrelated to whether Finjan, Inc. is now Finjan LLC, and thus whether the caption needs to be modified. It is unreasonable for ESET to condition its non-opposition to

---

[1] All exhibits are attached to the Declaration of Michael A. Amon In Support Of Motion to Amend Caption ("Amon Decl."), filed concurrently with this motion.

[2] ESET maintained this position when the parties met and conferred on the issue on November 18, 2020. *See* Amon Decl. at ¶ 8.

1

MOTION TO AMEND CAPTION
Case No. 17-cv-0183 CAB (BGS)

a straightforward, procedural motion to amend the caption that merely seeks to reflect Plaintiff's correct corporate entity type on the production of irrelevant documents related to a non-party's acquisition of Finjan's parent.

Accordingly, Finjan requests that the Court order the caption amended to reflect that Finjan, Inc. is now Finjan LLC.

DATED: December 2, 2020          Respectfully Submitted,

By:   */s/ Michael A. Amon*
Juanita Brooks, brooks@fr.com
Roger A. Denning, denning@fr.com
Jason W. Wolff, wolff@fr.com
Michael A. Amon, amon@fr.com
FISH & RICHARDSON P.C.
12860 El Camino Real, Suite 400
San Diego, CA 92130
Tel: (858) 678-5070 / Fax: (858) 678-5099

Lawrence Jarvis (pro hac vice)
FISH & RICHARDSON P.C.
1180 Peachtree St., NE
21st Floor
Atlanta, GA 30309
Tel: (404) 891-5005
Fax: (404) 892-5002

Attorneys for Plaintiff Finjan, Inc.

2

MOTION TO AMEND CAPTION
Case No. 17-cv-0183 CAB (BGS)

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on December 2, 2020, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4.  Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

*/s/ Michael A. Amon*
Michael A. Amon