NICOLA A. PISANO, CA Bar No. 151282
  NicolaPisano@eversheds-sutherland.com
JOSE L. PATIÑO, CA Bar No. 149568
  JosePatino@eversheds-sutherland.com
JUSTIN E. GRAY, CA Bar No. 282452
  JustinGray@eversheds-sutherland.com
SCOTT A. PENNER, CA Bar No. 253716
  ScottPenner@eversheds-sutherland.com
**EVERSHEDS SUTHERLAND (US) LLP**
12255 EL CAMINO REAL, SUITE 100
SAN DIEGO, CALIFORNIA  92130
TELEPHONE:      858.252.6502
FACSIMILE:       858.252.6503

Attorneys for Defendants and Counter-Plaintiffs
ESET, LLC and ESET, SPOL. S.R.O.

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FINJAN, INC., <br><br>  Plaintiff, <br><br> v. <br><br> ESET, LLC, et al., <br><br>  Defendants. <br><br> AND RELATED COUNTERCLAIMS. | Case No. 3:17-cv-0183-CAB-BGS <br><br> **MOTION FOR ISSUANCE OF LETTER OF REQUEST** <br><br> Judge:    Hon. Bernard G. Skomal |

Pursuant to the December 16, 2020 Order Granting in Part and Denying in Part Motion for Additional Discovery and Issuance of Letter of Request, D.I. 836 ("Order"), Defendants ESET, spol. s.r.o. and ESET, LLC (collectively, "ESET") make this application to the Court for issuance of a Letter of Request, in the form attached as Exhibit A.

The Letter of Request has been modified from a prior version (D.I. 833-2) in accordance with the Order. Specifically, the scope of the deposition topics and requested documents has been narrowed to those specific to U.S. Patent No. 7,975,305, and the length of the deposition has been limited to a maximum of two hours beyond the presumptive seven-hour limit.

Because ESET has modified the Letter of Request to conform to the limitations in the Order and has resubmitted it for approval by the Court within the allocated 10-day period, ESET respectfully requests that the Court issue the corresponding Letter of Request in the form attached as Exhibit A.

Dated:  December 23, 2020

Respectfully submitted,

**EVERSHEDS SUTHERLAND (US) LLP**

*/s/ Scott A. Penner*
NICOLA A. PISANO, CA Bar No. 151282
    NicolaPisano@eversheds-sutherland.com
JOSE L. PATIÑO, CA Bar No. 149568
    JosePatino@eversheds-sutherland.com
JUSTIN E. GRAY, CA Bar No. 282452
    JustinGray@eversheds-sutherland.com
SCOTT A. PENNER, CA Bar No. 253716
    ScottPenner@eversheds-sutherland.com
12255 EL CAMINO REAL, SUITE 100
SAN DIEGO, CALIFORNIA  92130
TELEPHONE:     858.252.6502
FACSIMILE:     858.252.6503

Attorneys for Defendants and Counter-Plaintiffs ESET, LLC and ESET, SPOL. S.R.O