UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FINJAN, INC.,<br><br>                              Plaintiff,<br><br>v.<br><br>ESET, LLC, a California Limited Liability and ESET SPOL. S.R.O., a Slovak Republic Corporation,<br><br>                              Defendants. | Case No.: 3:17-cv-0183-CAB-BGS<br><br>**ORDER GRANTING MOTION TO AMEND CAPTION**<br><br>[Doc. No. 835] |

Upon consideration of Plaintiff's motion to amend the caption and Defendants' opposition thereto, and good cause appearing, it is hereby **ORDERED** that the motion is **GRANTED**. The Clerk of Court shall amend the caption on the docket to change the name of the Plaintiff from "Finjan, Inc." to "Finjan LLC."

It is **SO ORDERED**.

Dated: January 5, 2021

_____
Hon. Cathy Ann Bencivengo
United States District Judge