| | |
|---|---|
| Juanita Brooks (SBN 75934) <br> brooks@fr.com <br> Roger A. Denning (SBN 228998) <br> denning@fr.com <br> Jason W. Wolff (SBN 215819) <br> wolff@fr.com <br> Michael A. Amon (SBN 226221) <br> amon@fr.com <br> FISH & RICHARDSON P.C. <br> 12860 El Camino Real, Suite 400 <br> San Diego, CA 92130 <br> Tel: (858) 678-5070 <br> Fax: (858) 678-5099 <br><br> Lawrence Jarvis (*pro hac vice*) <br> FISH & RICHARDSON P.C. <br> 1180 Peachtree St., NE <br> 21st Floor <br> Atlanta, GA 30309 <br> Tel: (404) 891-5005 / Fax: (404) 892-5002 <br><br> Attorneys for Plaintiff & Counter-Defendant FINJAN LLC | Nicola A. Pisano (SBN 151282) <br> NicolaPisano@eversheds-sutherland.com <br> Jose L. Patiño (SBN 149568) <br> JosePatino@eversheds-sutherland.com <br> Justin E. Gray (SBN 282452) <br> JustinGray@eversheds-sutherland.com <br> Scott A. Penner (SBN 253716) <br> ScottPenner@eversheds-sutherland.com <br> EVERSHEDS SUTHERLAND (US) LLP <br> 12255 El Camino Real, Suite 100 <br> San Diego, California 92130 <br> Tel.:(858)252-6502 <br> Fax: (858)252-6503 <br><br> Attorneys for Defendants & Counter-Plaintiffs <br> ESET, LLC and ESET, SPOL. S.R.O. |

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FINJAN LLC, <br><br> Plaintiffs, <br><br> v. <br><br> ESET, LLC and ESET SPOL. S.R.O., <br><br> Defendants. <br><br> AND RELATED COUNTERCLAIMS | Case No. 17-cv-0183 CAB (BGS) <br><br> **JOINT MOTION TO AMEND CASE SCHEDULE** <br><br> District Judge: Hon. Cathy Ann Bencivengo <br> Magistrate Judge: Hon. Bernard G. Skomal |

Due to the effects of the ongoing COVID-19 pandemic, including impacts on the Parties, witnesses, and experts in the above-titled case, *see* Declaration of Michael A. Amon in Support of Joint Motion, the Parties hereby jointly request that the Court amend the operative case schedule as follows:

| Event | Current Deadline | Amended Deadline |
|---|---|---|
| Close of fact discovery: | January 20, 2021 | April 2, 2021 |
| Opening expert reports: | February 8, 2021 | May 7, 2021 |
| Rebuttal expert reports: | February 26, 2021 | June 11, 2021 |
| Close of expert discovery: | March 12, 2021 | July 23, 2021 |

There are no currently set dispositive motion, pretrial, or trial dates in this case. *See* D.I. 832 at 3. Thus, the requested amendment will not impact the Court's calendar.

DATED: January 13, 2021                Respectfully Submitted,

By:   /s/ *Michael A. Amon*
Juanita Brooks, brooks@fr.com
Roger A. Denning, denning@fr.com
Jason W. Wolff, wolff@fr.com
Michael A. Amon, amon@fr.com
FISH & RICHARDSON P.C.
12860 El Camino Real, Suite 400
San Diego, CA 92130
Tel: (858) 678-5070 / Fax: (858) 678-5099

Lawrence Jarvis (*pro hac vice*)
FISH & RICHARDSON P.C.
1180 Peachtree St., NE
21st Floor
Atlanta, GA 30309
Tel: (404) 891-5005
Fax: (404) 892-5002

Attorneys for Plaintiff & Counter-Defendant Finjan LLC

| | | |
|---|---|---|
| 1 | DATED: January 13, 2021 | Respectfully Submitted, |
| 2 | | By: */s/ Scott A. Penner* |
| | | Nicola A. Pisano (SBN 151282) |
| 3 | | NicolaPisano@eversheds-sutherland.com |
| 4 | | Jose L. Patiño (SBN 149568) |
| | | JosePatino@eversheds-sutherland.com |
| 5 | | Justin E. Gray (SBN 282452) |
| 6 | | JustinGray@eversheds-sutherland.com |
| | | Scott A. Penner (SBN 253716) |
| 7 | | ScottPenner@eversheds-sutherland.com |
| 8 | | EVERSHEDS SUTHERLAND (US) LLP |
| | | 12255 El Camino Real, Suite 100 |
| 9 | | San Diego, California 92130 |
| 10 | | Tel.:(858)252-6502 |
| 11 | | Fax: (858)252-6503 |
| 12 | | Attorneys for Defendants & Counter-Plaintiffs |
| 13 | | ESET, LLC and ESET, SPOL. S.R.O. |

## ECF ATTESTATION

I, Michael A. Amon, am the ECF User who identification and password are being used to electronically file this JOINT MOTION TO AMEND CASE SCHEDULE. In accordance with the Electronic Case Filing Administrative Policies and Procedures Manual 2(f)(4), concurrence in and authorization of the filing of this document has been obtained from the counsel for defendants, and Fish & Richardson P.C. shall maintain records to support this concurrence for subsequent production for the Court if so ordered or for inspection upon request by a party.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on January 13, 2021, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4.  Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

/s/ Michael A. Amon
Michael A. Amon
amon@fr.com