1
2
3
4
5
6
7
8
9
10
11

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FINJAN LLC,<br><br>                    Plaintiffs,<br><br>        v.<br><br>ESET, LLC and ESET SPOL. S.R.O.,<br><br>                    Defendants.<br><br><br><hr>AND RELATED COUNTERCLAIMS | Case No. 17-cv-0183 CAB (BGS)<br><br>**ORDER GRANTING IN PART THE PARTIES' JOINT MOTION TO AMEND CASE SCHEDULE**<br><br><br>[ECF 850] |

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

On January 13, 2021, the parties filed a Joint Motion seeking to extend fact and expert discovery deadlines as to the '305 Patent. (ECF 850.) They seek to extend fact discovery by 72 days, opening and rebuttal expert reports by approximately three months, and the close of expert discovery by more than four

Case No. 17-cv-0183 CAB (BGS)

months.  As a basis for these extensions, the declaration provided by Finjan's counsel indicates that its expert is currently unable to work because the expert is suffering from illness caused by Covid-19.  Additionally, the declaration provided indicates that the conditions related to Covid-19 in Slovakia have deteriorated significantly over the past several weeks and this impacts Eset's witness's ability to participate in this case.

The parties' Joint Motion and declaration provide good cause for some extension of these dates.  However, the lengthy extensions requested are not justified.[1]  The Court HEREBY **GRANTS in part** the Parties' Joint Motion to Amend the Scheduling Order as follows:

| Event | Current Deadline | Amended Deadline |
|-------|------------------|------------------|
| Close of fact discovery: | January 20, 2021 | February 22, 2021 |
| Opening expert reports: | February 8, 2021 | March 25, 2021 |
| Rebuttal expert reports: | February 26, 2021 | April 12, 2021 |
| Close of expert discovery: | March 12, 2021 | April 30, 2021 |

**IT IS SO ORDERED.**

Dated:  January 28, 2021

Hon. Bernard G. Skomal
United States Magistrate Judge

---

[1] This does not preclude the parties from seeking further extensions if circumstances warrant.  However, any future joint motions should provide more specificity as to what activities they are precluded from conducting based on Covid-19 or other circumstances and strictly comply with the undersigned's Chambers Rules in identifying what '305 discovery has been completed, what remains, and why the remaining discovery cannot be completed by the existing deadline.  (Judge Skomal's Chambers Rules III.C.)