# MINUTE ORDER OF THE UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

<u>Case Name:</u>  **Finjan, Inc. v. ESET, LLC, et al.**     <u>Case Number:</u>  **17-cv-183-CAB-BGS**

<u>Hon. Cathy Ann  Bencivengo</u>     <u>Ct. Deputy Lori Hernandez</u>     <u>Rptr Tape:</u>  n/a

In light of the Court's order on the motion for summary judgment of invalidity [Doc. No. 806], it is hereby **ORDERED** that ESET's other pending motions for summary judgment [Doc. Nos. 807, 808] are **DENIED AS MOOT**.  It is further **ORDERED** that a telephonic status conference will be held on **March 29, 2021**, at **10:00 a.m.**  The dial-in number is (888) 398-2342, and the access code is 1749358.  The parties shall be prepared to discuss a path forward for this case and whether they prefer to stay the case while Finjan appeals the Court's invalidity order.  It is **SO ORDERED**.

 Date:  March 23, 2021                                                                                               Initials:  AJM