**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FINJAN LLC,<br><br>      Plaintiff,<br><br>v.<br><br>ESET, LLC, et al.,<br><br>      Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No. 3:17-cv-0183-CAB-BGS<br><br>**ORDER GRANTING MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL**<br><br>[ECF 847] |

Before the Court is a Motion for Leave to File Documents Under Seal (ECF 847). It seeks to file certain redacted portions of the Joint Statement Regarding Briefing Order (ECF 841) and Exhibits E and G to the Declaration of Regis C. Worley, Jr. in Support of the Joint Statement Regarding Briefing Order under seal. A redacted version of the Joint Statement has been publicly filed.

Because the documents ESET seeks to file under seal were filed in support of briefing on a discovery dispute, they are subject to a showing of good cause. *See Kamankana v. City and Cnty. of Honolulu*, 447 F.3d 1172, 1179-80 (9th Cir. 2003) (distinguishing between filing documents under seal in support of a non-dispositive discovery motion, subject to good cause, and filing documents under seal in support of a

1 dispositive motion, subject to compelling reasons standard); *see also Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1135-37 (9th Cir. 2003).

In support of sealing the redacted portions of their briefing and filing the two exhibits under seal, ESET indicates both in its Motion and in a Declaration in support that that they contain materials designated by Finjan as "HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY" under the Modified Protective Order and they have redacted the bare minimum of information. The parties' Modified Protective Order indicates that documents designated "HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY" are "extremely sensitive Confidential Information or Items, the disclosure of which to another Party or Non-Party would create a substantial risk of serious harm that could not be avoided by less restrictive means." (ECF 115 (modified by ECF 206).) Additionally, the Court has reviewed the portions ESET seeks to redact and the exhibits ESET seeks to file under seal.

Based on the foregoing, the Court finds good cause to **GRANT** the Motion. The Clerk shall file the cited materials under seal.

Dated: March 24, 2021

Hon. Bernard G. Skomal
United States Magistrate Judge