## MINUTE ORDER OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

Case Name: **Finjan, Inc. v. ESET, LLC, et al.**    Case Number: **17-cv-183-CAB-(BGS)**

Hon. Cathy Ann Bencivengo    Ct. Deputy Lori Hernandez    Rptr Tape: n/a

Following a telephonic status conference on March 29, 2021, the Court will enter an order to sever and stay litigation of the '305 patent. Finjan may file a motion for reconsideration of the Court's order finding Finjan's patents invalid no later than **April 12, 2021**.

Date: March 29, 2021                                                                                    Initials: AET