UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FINJAN, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ESET, LLC, a California Limited Liability and ESET SPOL. S.R.O., a Slovak Republic Corporation,<br><br>Defendants. | Case No.: 3:17-cv-0183-CAB-BGS<br><br>**ORDER ON JOINT REQUEST TO SEVER AND STAY '305 PATENT** |

To preserve the resources of the parties and in the interest of judicial economy, the Court grants the joint request of counsel to sever United States Patent No. 7,975,305 from this matter and stay the litigation of the '305 patent pending a final determination of the Court's order on United States Patent Nos. 6,154,844; 6,804,780; 8,079,086; 9,189,621; and 9,219,755.  Either party may move to lift the stay at any time.

It is **SO ORDERED**.

Dated:  March 29, 2021

_____
Hon. Cathy Ann Bencivengo
United States District Judge