1  Juanita R. Brooks (SBN 75934) brooks@fr.com
2  Roger A. Denning (SBN 228998) denning@fr.com
   Jason W. Wolff (SBN 215819) wolff@fr.com
3  Michael A. Amon (SBN 226221) amon@fr.com
   K. Nicole Williams (SBN 291900) nwilliams@fr.com
4  FISH & RICHARDSON P.C.
   12860 El Camino Real, Suite 400
5  San Diego, CA 92130
   Tel: (858) 678-5070 / Fax: (858) 678-5099
6

7  Lawrence Jarvis (*pro hac vice*)
   FISH & RICHARDSON P.C.
8  1180 Peachtree St., NE
   21st Floor
9  Atlanta, GA 30309
   Tel: (404) 891-5005 / Fax: (404) 892-5002
10

11 Attorneys for Plaintiff & Counter-Defendant FINJAN
   LLC
12

13
14                IN THE UNITED STATES DISTRICT COURT
15                  SOUTHERN DISTRICT OF CALIFORNIA

16 | FINJAN LLC,                          | Case No. 17-cv-0183 CAB (BGS)
17 |                   Plaintiffs,         |
18 |        v.                             | **FINJAN LLC'S NOTICE OF MOTION AND MOTION FOR RECONSIDERATION**
19 | ESET, LLC and ESET SPOL. S.R.O.,     |
20 |                   Defendants.         |
21 |                                       | PER CHAMBERS RULES, NO ORAL ARGUMENT UNLESS SEPARATELY ORDERED BY THE COURT
22 |                                       |
23 |                                       | Date: May 17, 2021
24 |                                       | Courtroom: 15A
                                            | Judge: Hon. Cathy Ann Bencivengo
25
26 | AND RELATED COUNTERCLAIMS
27
28

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on May 17, 2021, or as soon thereafter as this matter may be heard by the Honorable Cathy Ann Bencivengo in Courtroom 15A, of the above-entitled Court, located at 333 West Broadway, Suite 1510, San Diego, California, 92101, Finjan LLC ("Finjan") will and hereby does move the Court for an order granting Finjan's Motion for Reconsideration of the Amended Order on Defendants' Renewed Motion for Summary Judgment of Indefiniteness (Doc. No. 869).

This motion is based on this Notice of Motion and Motion, the following Memorandum of Points and Authorities, the Declaration of K. Nicole Williams and supporting exhibits, the associated Offer of Proof, the pleadings and papers on file in this action, and all other papers and arguments submitted in connection with this matter.

DATED: April 12, 2021

Respectfully Submitted,

By: /s/ Juanita R. Brooks
Juanita R. Brooks, brooks@fr.com
Roger A. Denning, denning@fr.com
Jason W. Wolff, wolff@fr.com
Michael A. Amon, amon@fr.com
K. Nicole Williams, nwilliams@fr.com
FISH & RICHARDSON P.C.
12860 El Camino Real, Suite 400
San Diego, CA 92130
Tel: (858) 678-5070
Fax: (858) 678-5099

Lawrence Jarvis (*pro hac vice*)
FISH & RICHARDSON P.C.
1180 Peachtree St., NE, 21st Floor
Atlanta, GA 30309
Tel: (404) 891-5005
Fax: (404) 892-5002

Attorneys for Plaintiff & Counter-Defendant Finjan LLC

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on April 12, 2021, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4. Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

*/s/ Juanita R. Brooks*
Juanita R. Brooks