UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FINJAN, INC.,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>ESET, LLC, a California Limited Liability and ESET SPOL. S.R.O., a Slovak Republic Corporation,<br><br>　　　　　　　　Defendants. | Case No.: 3:17-cv-0183-CAB-BGS<br><br>**JUDGMENT ON '844, '780, '086, '621, AND '755 PATENTS** |

It is hereby **ORDERED** that **JUDGMENT** in favor of Defendants and against Plaintiff is entered on Plaintiff's claims related to United States Patent Nos. 6,154,844; 6,804,780; 8,079,086; 9,189,621; and 9,219,755. Plaintiff's claims related to United States Patent No. 7,975,305 remain severed and stayed.

It is **SO ORDERED**.

Dated: May 20, 2021

_____
Hon. Cathy Ann Bencivengo
United States District Judge