Nicola A. Pisano, CA Bar No. 151282
 NicolaPisano@eversheds-sutherland.com
Jose L. Patiño, CA Bar No. 149568
 JosePatino@eversheds-sutherland.com
Justin E. Gray, CA Bar No. 282452
 JustinGray@eversheds-sutherland.com
Scott A. Penner, CA Bar No. 253716
 ScottPenner@eversheds-sutherland.com
**EVERSHEDS SUTHERLAND (US) LLP**
12255 El Camino Real, Suite 100
San Diego, California  92130
Telephone:  858.252.6502
Facsimile:  858.252.6503

Attorneys for Defendants & Counter-Plaintiffs
ESET, LLC and ESET, SPOL. S.R.O.

Juanita Brooks (SBN 75934)
 brooks@fr.com
Roger A. Denning (SBN 228998)
 denning@fr.com
Jason W. Wolff (SBN 215819)
 wolff@fr.com
Michael A. Amon (SBN 226221)
 amon@fr.com
**FISH & RICHARDSON P.C.**
12860 El Camino Real, Suite 400
San Diego, CA  92130
Telephone:  (858) 678-5070
Facsimile:   (858) 678-5099

Attorneys for Plaintiff
FINJAN LLC

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FINJAN LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>ESET, LLC, et al.,<br><br>    Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No. 3:17-cv-0183-CAB-BGS<br><br>**JOINT MOTION TO EXTEND BRIEFING SCHEDULE FOR ESET'S MOTION FOR ATTORNEY'S FEES AND COSTS, INCLUDING BILL OF COSTS**<br><br>Judge:   Hon. Cathy Ann Bencivengo |

17cv0183

45635786.13

Defendants and Counter-Plaintiffs ESET, LLC and ESET spol. s.r.o. (collectively referred to as "ESET") and Finjan LLC ("Finjan"), through their undersigned counsel, hereby jointly request an extension of time for the briefing schedule related to ESET's motion for attorney's fees and costs, including the bill of costs, pursuant to Fed. R. Civ. P. 6(b)(1)(A).

## I.   BACKGROUND

This action was instituted on July 1, 2016, nearly five years ago, when Finjan, Inc. filed its complaint against ESET in the Northern District of California. Much has happened since then. The case was transferred to this District, Finjan, Inc. was acquired and became Finjan LLC, counsel of record for Finjan changed, counsel of record for ESET changed (although the trial team remained intact), fact and expert discovery for five of the patents-in-suit was conducted, trial was initiated as to those five patents, and a global pandemic ensued, resulting in a mistrial. Even today, the pandemic continues to limit travel and business operations.

On March 29, 2021, the Court severed and stayed United States Patent No. 7,975,305, which had been litigated in this matter and was not subject to the Court's order on summary judgment dated March 23, 2021.

On May 20, 2021, this Court entered judgment in favor of ESET and against Finjan LLC on claims related to United States Patent Nos. 6,154,844; 6,804,780; 8,079,086; 9,189,621; and 9,219,755. ESET currently has until June 3, 2021, 14 days following the entry of the judgment, to file its motion for attorney's fees and costs pursuant to 35 U.S.C. § 285, and bill of costs pursuant to Civil Local Rule 54.1 and Fed. R. Civ. P. 54(d).

Finjan will appeal the Court's decision invalidating its patents to the Federal Circuit.

## II.   REQUESTED RELIEF

The parties jointly request that the deadline for ESET to file its motion for attorney's fees and costs, including the bill of costs, be extended until 60 days after

Finjan's appeal of this Court's judgment (Dkt. 875) is final.

Rule 6(b) permits the Court to extend the time to file a motion for good cause if a request is made before the deadline to file such motion.  *See* Fed. R. Civ. P. 6(b)(1)(A); *Escamilla v. Nuyen*, No. 14-00852 (RMM), 2017 U.S. Dist. LEXIS 157492, at *11-12 (D.D.C. Sept. 25, 2017) ("Rule 54 is not among the rules exempted from Rule 6(b)").

This joint motion is timely filed because it is submitted before the June 3, 2021 deadline for ESET to file its motion.

Good cause exists to grant the joint request.  Requiring the parties to adhere to the current deadline would be unduly burdensome because ESET must gather supporting documentation from ESET spol. s.r.o.'s headquarters, located in Slovakia, and its subsidiary in Poland, which still are under restrictions related to the global coronavirus pandemic.  In addition, ESET may need the assistance of its former law firm, Foley & Lardner LLP, to collect invoices dating back to July 2016.  Likewise, requiring the parties to adhere to the current deadline would be unduly burdensome on Finjan – who intends to oppose the motions – because it has a limited time to prepare its appeal brief.

Extending the deadline for ESET to file its motion for attorneys' fees and costs, and bill of costs, would allow the parties time to prepare sufficient submissions and meet any other obligations to this Court and to the Federal Circuit.  Accordingly, the parties submit that good cause is shown.

## III.   CONCLUSION

For the foregoing reasons, the parties respectfully request that the Court grant their joint motion and issue an order modifying the briefing schedule to extending the deadline for ESET to file its motion for attorney's fees and costs, including the bill of costs, until up to 60 days after a final decision is reached in Finjan's forthcoming appeal.

45635786.13

| | | |
|---|---|---|
| 1 | Dated:  June 1, 2021 | Respectfully submitted, |
| 2 | | **EVERSHEDS SUTHERLAND (US) LLP** |

*/s/ Nicola A. Pisano*
NICOLA A. PISANO, CA Bar No. 151282
   NicolaPisano@eversheds-sutherland.com
JOSE L. PATIÑO, CA Bar No. 149568
   JosePatino@eversheds-sutherland.com
JUSTIN E. GRAY, CA Bar No. 282452
   JustinGray@eversheds-sutherland.com
SCOTT A. PENNER, CA Bar No. 253716
   ScottPenner@eversheds-sutherland.com
12255 EL CAMINO REAL, SUITE 100
SAN DIEGO, CALIFORNIA  92130
TELEPHONE:     858.252.6502
FACSIMILE:       858.252.6503

Attorneys for Defendants & Counter-Plaintiffs
ESET, LLC and ESET, SPOL. S.R.O.

Dated:  June 1, 2021     Respectfully submitted,

**FISH & RICHARDSON P.C.**

*/s/ Michael A. Amon*
Juanita Brooks, brooks@fr.com
Roger A. Denning, denning@fr.com
Jason W. Wolff, wolff@fr.com
Michael A. Amon, amon@fr.com
12860 El Camino Real, Suite 400
San Diego, CA 92130
Tel: (858) 678-5070
Fax: (858) 678-5099

Attorneys for Plaintiff
FINJAN LLC

45635786.13

**CERTIFICATION**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that authorization for the electronic signature of any other signatory to this document has been obtained.

Executed on June 1, 2021.

*/s/ Nicola A. Pisano*
NICOLA A. PISANO, CA Bar No. 151282
NicolaPisano@eversheds-sutherland.com

45635786.13