UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FINJAN, INC.,<br><br>                           Plaintiff,<br><br>v.<br><br>ESET, LLC, a California Limited Liability and ESET SPOL. S.R.O., a Slovak Republic Corporation,<br><br>                           Defendants. | Case No.: 3:17-cv-0183-CAB-BGS<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND BRIEFING SCHEDULE FOR ESET'S MOTION FOR ATTORNEY'S FEES AND COSTS, INCLUDING BILL OF COSTS**<br><br>[Doc. No. 876] |

Upon consideration of the parties' joint motion to extend the briefing schedule for Defendants' motion for attorney's fees and costs, including the bill of costs, and good cause appearing, it is hereby **ORDERED** that the motion is **GRANTED**. The deadline for Defendants' to file their motion for attorney's fees and costs, and bill of costs, is extended until 60 days after a final decision is reached in Finjan's forthcoming appeal.

It is **SO ORDERED**.

Dated:  June 1, 2021

_____
Hon. Cathy Ann Bencivengo
United States District Judge