NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**FINJAN LLC,**
*Plaintiff-Appellant*

v.

**ESET, LLC, ESET SPOL. S.R.O.,**
*Defendants-Appellees*

2021-2093

Appeal from the United States District Court for the Southern District of California in No. 3:17-cv-00183-CAB-BGS, Judge Cathy Ann Bencivengo.

**ON PETITION FOR REHEARING EN BANC**

Before MOORE, *Chief Judge*, NEWMAN, LOURIE, DYK, PROST, REYNA, TARANTO, CHEN, HUGHES, STOLL, CUNNINGHAM, and STARK, *Circuit Judges*.

PER CURIAM.

**O R D E R**

ESET, LLC and Eset Spol. S.R.O. filed a petition for rehearing en banc. The petition was first referred as a petition for rehearing to the panel that heard the appeal, and

thereafter the petition for rehearing en banc was referred to the circuit judges who are in regular active service.

Upon consideration thereof,

IT IS ORDERED THAT:

The petition for panel rehearing is denied.

The petition for rehearing en banc is denied.

The mandate of the court will issue January 3, 2023.

FOR THE COURT

December 27, 2022      /s/ Peter R. Marksteiner
Date      Peter R. Marksteiner
     Clerk of Court