UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FINJAN, INC.,<br><br>                             Plaintiff,<br><br>v.<br><br>ESET, LLC, a California Limited Liability and ESET SPOL. S.R.O., a Slovak Republic Corporation,<br><br>                             Defendants. | Case No.: 3:17-cv-0183-CAB-BGS<br><br>**ORDER SETTING TELEPHONIC APPEAL MANDATE HEARING AND STATUS HEARING** |

The Court **HEREBY SETS** a telephonic Appeal Mandate Hearing and Status Hearing for **January 26, 2023** at **10:00 a.m.**  Counsel are instructed to connect through the following conference connection:  1-619-657-0677, Phone Conference ID:  396 055 226#.  At the telephonic hearing the Court will spread the mandate and discuss future scheduling and discovery issues.

On or before **January 20, 2023**, the parties shall submit a joint statement on proposed dates for scheduling a retrial, and another other scheduling or discovery issues.

**IT IS SO ORDERED.**
Dated:  January 3, 2023

_____
Hon. Cathy Ann Bencivengo
United States District Judge

1

3:17-cv-0183-CAB-BGS