UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FINJAN, INC., <br><br> Plaintiff, <br><br> v. <br><br> ESET, LLC, et al., <br><br> Defendants. | Case No.: 17-CV-183-CAB-BGS <br><br> **SCHEDULING ORDER** |

Following a telephonic status conference on January 26, 2023, it is hereby **ORDERED** that the following schedule shall apply to this case:

| Event | Date |
|---|---|
| Deadline for 3-page proffer describing any pre-trial motions (aside from motions in limine) that the party wants to file | May 26, 2023 |
| Deadline for any pre-approved pre-trial motions | June 9, 2023 |
| Exchange Pre-Trial Disclosures | July 6, 2023 |
| Meet and Confer on Pretrial Order ("PTO") | July 13, 2023 |
| Plaintiff to provide proposed PTO to Defendant | July 20, 2023 |
| Motions in Limine deadline | July 20, 2023 |
| Final Pretrial Order to be lodged with the Court | July 27, 2023 |

| Oppositions to Motions in Limine | August 3, 2023 |
|---|---|
| Final Pretrial Conference and Argument on Motions in Limine | August 10, 2023 at 10:00 a.m. |
| Trial | August 28-31, 2023<br>September 5-8, 2023<br>September 11-14, 2023 |

Magistrate Judge Skomal will issue a separate order concerning any remaining discovery deadlines and settlement conferences.

It is **SO ORDERED**.

Dated:  January 26, 2023

_____
Hon. Cathy Ann Bencivengo
United States District Judge