UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| FINJAN, LLC., | Case No.: 17-cv-183-CAB-BGS |
| --- | --- |
| Plaintiff, | |
| v. | **ORDER SETTING DISCOVERY DEADLINES** |
| ESET, LLC and ESET SPOL. SR.O., | |
| Defendant. | |

The Court resets the following '305 discovery deadlines:[1]

| Opening Expert Reports | February 27, 2023 |
| --- | --- |
| Rebuttal Expert Reports | March 27, 2023 |
| Close of Expert Discovery | April 24, 2023 |

---

[1] The February 22, 2021 deadline to complete fact discovery passed before the '305 was stayed. (ECF 852 at 2, ECF 871.) These deadlines provide the amount of time the parties had remaining when the '305 was stayed.

1

17-cv-183-CAB-BGS

The Court additionally reminds the parties that pursuant to the Court's April 20, 2021 Order, their brief joint status report shall be filed by **February 2, 2023**. (ECF 873 at 25.)

**IT IS SO ORDERED.**

Dated: January 26, 2023

Hon. Bernard G. Skomal
United States Magistrate Judge