Juanita Brooks (SBN 75934)
brooks@fr.com
Roger A. Denning (SBN 228998)
denning@fr.com
Jason W. Wolff (SBN 215819)
wolff@fr.com
Michael A. Amon (SBN 226221)
amon@fr.com
K. Nicole Williams (SBN 291900)
nwilliams@fr.com
FISH & RICHARDSON P.C.
12860 El Camino Real, Suite 400
San Diego, CA 92130
Tel: (858) 678-5070
Fax: (858) 678-5099

Lawrence Jarvis (*pro hac vice*)
jarvis@fr.com
FISH & RICHARDSON P.C.
1180 Peachtree St., NE
21st Floor
Atlanta, GA 30309
Tel: (404) 891-5005 / Fax: (404) 892-5002

Attorneys for Plaintiff & Counter-Defendant FINJAN LLC

Nicola A. Pisano (SBN 151282)
NicolaPisano@eversheds-sutherland.com
Jose L. Patiño (SBN 149568)
JosePatino@eversheds-sutherland.com
Justin E. Gray (SBN 282452)
JustinGray@eversheds-sutherland.com
Scott A. Penner (SBN 253716)
ScottPenner@eversheds-sutherland.com
Regis C. Worley, Jr. (SBN 234401)
RegisWorley@eversheds-sutherland.com
Christopher C. Bolten (SBN 268284)
ChrisBolten@eversheds-sutherland.com
EVERSHEDS SUTHERLAND (US) LLP
12255 El Camino Real, Suite 100
San Diego, California 92130
Tel: (858)252-6502
Fax: (858)252-6503

Attorneys for Defendants & Counter-Plaintiffs
ESET, LLC and ESET, SPOL. S.R.O.

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FINJAN LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>ESET, LLC and ESET SPOL. S.R.O.,<br><br>    Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. 17-cv-0183 CAB (BGS)<br><br>**JOINT STATUS REPORT PER APRIL 20, 2021 ORDER [DKT. 873]**<br><br>District Judge: Hon. Cathy Ann Bencivengo<br>Magistrate Judge: Hon. Bernard G. Skomal |

1	Pursuant to the Court's April 20, 2021 Order (Dkt. No. 873), Plaintiff Finjan LLC ("Plaintiff" or "Finjan") and Defendants ESET, LLC and ESET SPOL. S.R.O. ("Defendants" or "ESET") jointly submit this joint status report.

Finjan is prepared to submit documents outlined in the Court's April 20, 2021 Order (Dkt. No. 873) for *in camera* review on or before February 9, 2023. The parties will meet and confer regarding the other discovery disputes by February 7, 2023, and will update the Court as to the status of those disputes, and whether the Court's April 20, 2021 Order resolves those disputes, no later than February 10, 2023.

ESET has two pending motions to compel in other jurisdictions that were stayed approximately two years ago, shortly after the stay in this action. One pending motion to compel was filed in the District Court for the District of Columbia and seeks documents from Finjan Holdings, LLC (the "Finjan Holdings Action"), No. 1:21-mc-00031-DLF (D.D.C.). The other pending motion to compel was filed in the District Court for the Southern District of New York and seeks documents from Fortress Investment Group LLC (the "Fortress Action"). The Court for the Finjan Holdings Action lifted the stay on January 30, 2023, and has requested a joint status report on or before February 3, 2023. The Fortress Action remains stayed and the parties in that action are scheduled to file a status report by February 2, 2023. ESET is seeking expedited resolution of both miscellaneous actions.

In addition to ESET's motions to compel in the miscellaneous actions, respondent Fortress Investment Group LLC filed a motion to transfer ESET's motion to compel to this District in the Fortress Action, for which briefing is complete. Finjan represents that respondent Finjan Holdings, LLC intends to file a similar motion to transfer ESET's motion to compel to this District in the Finjan Holdings Action now that the stay is lifted.

ESET further has been informed that its technical expert, Dr. Spafford, has limited availability in the month of February due to meetings that were arranged prior to the lifting of the stay in this matter. As part of Dr. Spafford's invalidity analysis,

1
JT STATUS REPORT RE '305 PATENT
Case No. 17-cv-0183 CAB (BGS)

ESET had been coordinating with Fortinet to obtain source code pursuant to a timely issued subpoena. However, the source code was never produced because this case was stayed. Immediately following the lifting of the stay on the '305 patent, counsel for ESET reached out to Fortinet's outside counsel to obtain the source code for Dr. Spafford to review. While Fortinet's counsel has been responsive to ESET's request, the source code has yet to be procured or produced. In addition, due to Dr. Spafford's limited availability in February ESET requests additional time to complete its opening report. As soon as ESET is able to coordinate the prior art source code review with Dr. Spafford it will be able to provide a better estimate on when it should be able to complete its opening expert report. ESET requests that this Court modify the scheduling order for expert discovery to account for the need to restart the process of obtaining the source code and performing the review in light of its expert's commitments that were all scheduled before this Court lifted the stay. Finjan does not oppose ESET's request for the Court to modify the scheduling order for expert discovery (Dkt. No. 884) so long as the trial dates identified in the Court's January 26, 2023 Scheduling Order (Dkt. No. 883) are unaffected. The parties stipulate and agree[1] to the following expert discovery schedule, subject to the Court's approval:

- Opening Expert Reports: March 24, 2023
- Rebuttal Expert Reports: April 21, 2023
- Close of Expert Discovery: May 19, 2023

DATED: February 2, 2023                Respectfully Submitted,

                                       By:   */s/ Juanita Brooks*
                                             Juanita Brooks, brooks@fr.com
                                             Roger A. Denning, denning@fr.com
                                             Jason W. Wolff, wolff@fr.com
                                             Michael A. Amon, amon@fr.com

---

[1] ESET believes the proposed schedule is reasonable. But recognizing that Fortinet has not yet provided access to its source code and ESET continues to finalize discovery in two other miscellaneous actions, ESET will, as soon as practicable, alert the Court to any issues the arise that may necessitate revisiting the modified schedule.

K. Nicole Williams, nwilliams@fr.com
FISH & RICHARDSON P.C.
12860 El Camino Real, Suite 400
San Diego, CA 92130
Tel: (858) 678-5070 / Fax: (858) 678-5099

Lawrence Jarvis (*pro hac vice*)
jarvis@fr.com
FISH & RICHARDSON P.C.
1180 Peachtree St., NE
21st Floor
Atlanta, GA 30309
Tel: (404) 891-5005
Fax: (404) 892-5002

Attorneys for Plaintiff & Counter-Defendant Finjan LLC

| | | |
|---|---|---|
| 1 | DATED:  February 2, 2023 | Respectfully Submitted, |
| 2 | | By:   */s/ Regis C. Worley, Jr.* |
| | | Nicola A. Pisano (SBN 151282) |
| 3 | | NicolaPisano@eversheds-sutherland.com |
| 4 | | Jose L. Patiño (SBN 149568) |
| | | JosePatino@eversheds-sutherland.com |
| 5 | | Justin E. Gray (SBN 282452) |
| 6 | | JustinGray@eversheds-sutherland.com |
| | | Scott A. Penner (SBN 253716) |
| 7 | | ScottPenner@eversheds-sutherland.com |
| 8 | | Regis C. Worley, Jr. (SBN 234401) |
| | | RegisWorley@eversheds-sutherland.com |
| 9 | | Christopher C. Bolten (SBN 268284) |
| 10 | | ChrisBolten@eversheds-sutherland.com |
| | | EVERSHEDS SUTHERLAND (US) LLP |
| 11 | | 12255 El Camino Real, Suite 100 |
| 12 | | San Diego, California 92130 |
| | | Tel: (858)252-6502 |
| 13 | | Fax: (858)252-6503 |
| 14 | | |
| 15 | | Attorneys for Defendants & Counter-Plaintiffs |
| 16 | | ESET, LLC and ESET, SPOL. S.R.O. |

**ECF ATTESTATION**

I, Juanita Brooks, am the ECF User who identification and password are being used to electronically file this JOINT STATUS REPORT PER APRIL 20, 2021 ORDER [DKT. 873]. In accordance with the Electronic Case Filing Administrative Policies and Procedures Manual 2(f)(4), concurrence in and authorization of the filing of this document has been obtained from the counsel for defendants, and Fish & Richardson P.C. shall maintain records to support this concurrence for subsequent production for the Court if so ordered or for inspection upon request by a party.

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on February 2, 2023, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4. Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

*/s/ Juanita Brooks*
Juanita Brooks