UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FINJAN, LLC., <br><br>                     Plaintiff, <br><br> v. <br><br> ESET, LLC and ESET SPOL. SR.O., <br><br>                   Defendant. | Case No.:  17-cv-183-CAB-BGS <br><br> **ORDER REGARDING EXTENSION REQUEST** |

On February 2, 2023, the parties filed a Joint Status Report. (ECF 888.) The filing included a request from the parties to extend the expert deadlines by 25 days. (ECF 888 at 2.) Any request to extend deadlines should be raised by following the undersigned's Chambers' Rules, Section III.C.

      **IT IS SO ORDERED.**

Dated:  February 6, 2023

Hon. Bernard G. Skomal
United States Magistrate Judge

1