| | |
|---|---|
| Juanita Brooks (SBN 75934)<br>brooks@fr.com<br>Roger A. Denning (SBN 228998)<br>denning@fr.com<br>Jason W. Wolff (SBN 215819)<br>wolff@fr.com<br>Michael A. Amon (SBN 226221)<br>amon@fr.com<br>K. Nicole Williams (SBN 291900)<br>nwilliams@fr.com<br>Megan A. Chacon (SBN 304912)<br>chacon@fr.com<br>FISH & RICHARDSON P.C.<br>12860 El Camino Real, Suite 400<br>San Diego, CA 92130<br>Tel: (858) 678-5070<br>Fax: (858) 678-5099<br><br>*Additional Counsel Listed on Signature Page*<br><br>Attorneys for Plaintiff & Counter-Defendant FINJAN LLC | Nicola A. Pisano (SBN 151282)<br>NicolaPisano@eversheds-sutherland.com<br>Jose L. Patiño (SBN 149568)<br>JosePatino@eversheds-sutherland.com<br>Justin E. Gray (SBN 282452)<br>JustinGray@eversheds-sutherland.com<br>Scott A. Penner (SBN 253716)<br>ScottPenner@eversheds-sutherland.com<br>Regis C. Worley, Jr. (SBN 234401)<br>RegisWorley@eversheds-sutherland.com<br>Christopher C. Bolten (SBN 268284)<br>ChrisBolten@eversheds-sutherland.com<br>EVERSHEDS SUTHERLAND (US) LLP<br>12255 El Camino Real, Suite 100<br>San Diego, California 92130<br>Tel: (858)252-6502<br>Fax: (858)252-6503<br><br>Attorneys for Defendants & Counter-Plaintiffs<br>ESET, LLC and ESET, SPOL. S.R.O. |

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FINJAN LLC,<br><br>        Plaintiff,<br><br>  v.<br><br>ESET, LLC and ESET SPOL. S.R.O.,<br><br>        Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. 17-cv-0183 CAB (BGS)<br><br>**JOINT STATUS REPORT PER [DKT NO. 888]**<br><br>District Judge: Hon. Cathy Ann Bencivengo<br>Magistrate Judge: Hon. Bernard G. Skomal |

Pursuant to the parties' February 2, 2023 Joint Status Report (Dkt. No. 888 at 1) and the Court's April 20, 2021 Order (Dkt. No. 873 at 25), Plaintiff Finjan LLC ("Plaintiff" or "Finjan") and Defendants ESET, LLC and ESET SPOL. S.R.O. ("Defendants" or "ESET") submit this joint status report.

On February 7, 2023, the parties met and conferred regarding the status of any ongoing discovery disputes and discussed whether the Court's April 20, 2021 Order (Dkt. No. 873) resolved those disputes. The parties discussed the following disputes identified by ESET:

(1) Finjan's December 28, 2020 responses to ESET's Interrogatory Nos. 24 and 25;

(2) The sufficiency of Finjan's Supplemental Privilege Log, served December 31, 2020; and

(3) ESET's request for valuation documents shared with other potential acquirers of Finjan.

**FINJAN'S POSITION**

The parties agree that the Court's April 20, 2021 Order resolves dispute (1). The parties agree that Finjan does not need to respond to Interrogatory No. 24, but will supplement its response to Interrogatory No. 25.

Regarding dispute (2), during the parties' February 7, 2023 meet and confer, ESET was unable to articulate the basis for any alleged outstanding dispute with respect to the sufficiency of Finjan's Supplemental Privilege Log, served December 31, 2020. Finjan's position has been, and remains, that its December 31, 2020 Supplemental Privilege Log is proper. Any alleged dispute on this issue was obviated by the Court's April 20, 2021 Order (Dkt. No. 873) narrowing ESET's document requests and by Finjan's diligent search for documents responsive to the narrowed scope of ESET's document requests in compliance with that order, as reflected in Finjan's February 9, 2023 correspondence to the Court. It is Finjan's position that dispute (2) is resolved, however, to the extent ESET maintains that the "to" and

"from" fields of Finjan's Supplemental Privilege Log are deficient, Finjan is amenable to meet and confer further with ESET on that alleged dispute.

Regarding dispute (3), the parties agree, as an initial matter, that the Court's April 20, 2021 Order narrowed ESET's requests for valuation documents to the '305 patent or other patents acquired as part of the acquisition. It is Finjan's position, however, that ESET has not propounded any document request that covers valuation documents shared with *other potential acquirers* of Finjan apart from Fortress Investment Grp. LLC. Thus, there can be no dispute on this issue irrespective of the Court's April 20, 2021 Order.

The parties will continue to discuss disputes (2) and (3), to the extent ESET contends there remains a dispute, with the hope of being able to resolve such disputes without the Court's assistance.

**ESET'S POSITION**

ESET agrees with Finjan that this Court's April 20, 2021 Order resolves dispute (1), in that Finjan does not need to respond to Interrogatory No. 24, but does need to supplement its response to Interrogatory No. 25.

Regarding dispute (2), this Court's April 20, 2021 Order does not resolve the dispute, which concerns the adequacy of the content of the entries on Finjan's December 31, 2020 Supplemental Privilege Log. The issues concerning the content of that privilege log was previously discussed between the parties and with this Court during a February 26, 2021 discovery conference (Dkt. No. 858). Finjan LLC's Supplemental Privilege Log ("Log") remains deficient. For example, the Log fails to identify each individual in the "From/Author" column, and instead includes entries beginning with "Multiple, including …" followed by a curated identification of select individuals. Additionally, the Log fails to identify which of those listed individuals were attorneys, and instead merely provides a table that identifies an affiliated company for the listed individuals. The "To" column in the Log likewise fails to identify the recipients of each of the withheld documents and whether any of those

recipients were attorneys, and instead includes entries such as "Highly Confidential Third Party No. 4."

Regarding dispute (3), this Court's April 20, 2021 Order partially, but not fully, resolves the dispute, which concerns valuation documents shared with other potential acquirers of Finjan.  This Court's April 20, 2021 Order held that documents valuing the '305 patent or other Finjan patents are relevant to this litigation.  Thus, documents valuing those same patents shared with other acquirers of Finjan are equally relevant to this litigation, though Finjan continues to refuse to produce such documents.  This dispute was also previously discussed between the parties and with this Court during a February 26, 2021 discovery conference (Dkt. No. 858).

In order to resolve disputes (2) and (3), ESET requests that this Court set a briefing schedule for these two disputes.

DATED:  February 10, 2023              Respectfully Submitted,

By:    /s/Megan A. Chacon
Juanita Brooks, brooks@fr.com
Roger A. Denning, denning@fr.com
Jason W. Wolff, wolff@fr.com
Michael A. Amon, amon@fr.com
K. Nicole Williams, nwilliams@fr.com
Megan A. Chacon, chacon@fr.com
FISH & RICHARDSON P.C.
12860 El Camino Real, Suite 400
San Diego, CA 92130
Tel: (858) 678-5070 / Fax: (858) 678-5099

Lawrence Jarvis (*pro hac vice*)
jarvis@fr.com
FISH & RICHARDSON P.C.
1180 Peachtree St., NE
21st Floor
Atlanta, GA 30309
Tel: (404) 891-5005 / Fax: (404) 892-5002

Attorneys for Plaintiff & Counter-Defendant Finjan LLC

| | | |
|---|---|---|
| 1 | DATED: February 10, 2023 | Respectfully Submitted, |
| 2 | | By: */s/ Justin E. Gray* |
| 3 | | Nicola A. Pisano (SBN 151282) |
| | | NicolaPisano@eversheds-sutherland.com |
| 4 | | Jose L. Patiño (SBN 149568) |
| 5 | | JosePatino@eversheds-sutherland.com |
| | | Justin E. Gray (SBN 282452) |
| 6 | | JustinGray@eversheds-sutherland.com |
| 7 | | Scott A. Penner (SBN 253716) |
| | | ScottPenner@eversheds-sutherland.com |
| 8 | | Regis C. Worley, Jr. (SBN 234401) |
| 9 | | RegisWorley@eversheds-sutherland.com |
| | | Christopher C. Bolten (SBN 268284) |
| 10 | | ChrisBolten@eversheds-sutherland.com |
| 11 | | EVERSHEDS SUTHERLAND (US) LLP |
| | | 12255 El Camino Real, Suite 100 |
| 12 | | San Diego, California 92130 |
| 13 | | Tel: (858)252-6502 |
| | | Fax: (858)252-6503 |
| 14 | | |
| 15 | | Attorneys for Defendants & Counter-Plaintiffs |
| 16 | | ESET, LLC and ESET, SPOL. S.R.O. |

**ECF ATTESTATION**

I, Megan A. Chacon, am the ECF User who identification and password are being used to electronically file this JOINT STATUS REPORT PER [DKT NO. 888]. In accordance with the Electronic Case Filing Administrative Policies and Procedures Manual 2(f)(4), concurrence in and authorization of the filing of this document has been obtained from the counsel for defendants, and Fish & Richardson P.C. shall maintain records to support this concurrence for subsequent production for the Court if so ordered or for inspection upon request by a party.

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on February 10, 2023, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4.  Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

*/s/ Megan A. Chacon*
Megan A. Chacon (SBN 304912)
chacon@fr.com