UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

FINJAN, INC.,

Plaintiff,

v.

ESET, LLC, a California Limited Liability and ESET SPOL. S.R.O., a Slovak Republic Corporation,

Defendants.

Case No.:  3:17-cv-0183-CAB-(BGS)

**ORDER ON DEFENDANTS' REQUEST FOR LEAVE TO FILE MOTION TO EXCLUDE PLAINTIFF'S EXPERT DR. BIMS AND STRIKE EXPERT REPORT [Doc. No. 897]**

On March 17, 2023, Defendants and Counter-Plaintiffs ESET, LLC and ESET, SPOL.SRO ("Defendants") filed a Request for Leave to File Motion to Exclude Plaintiff's Expert Dr. Bims and Strike Expert Report.  [Doc. No. 897].  The Request is GRANTED as follows:

1. Defendants may file a motion to exclude Plaintiff's expert Dr. Bims and strike his report ("motion to exclude/strike") by **April 7, 2023**;

2. Plaintiff may file a response to the motion to exclude/strike by **April 21, 2023**;

3. Defendants may file a reply by **April 28, 2023**;

4.  The motion to exclude/strike will then be under submission and an order will issue in due course.

**IT IS SO ORDERED.**

Dated:  March 28, 2023

_____
Hon. Cathy Ann Bencivengo
United States District Judge