UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FINJAN, LLC., <br><br> Plaintiff, <br><br> v. <br><br> ESET, LLC and ESET SPOL. SR.O., <br><br> Defendants. | Case No.: 17-cv-183-CAB-BGS <br><br> **ORDER GRANTING JOINT MOTION TO FILE UNDER SEAL EXHIBITS TO JOINT STATEMENT RE FURTHER RELIEF** <br><br> [ECF 901] |

Before the Court is the parties' Joint Motion to File Under Seal Exhibits to Joint Statement Re Further Relief. (ECF 901). It seeks to file five exhibits that were submitted in support of the parties' Joint Statement (ECF 903) under seal—Exhibits 1, 2, and 3 to the Declaration of Nicola A. Pisano ("Pisano Decl.") and Exhibits A and B to the Declaration of Nicole Williams ("Williams Decl."). (ECF 901.) The Joint Statement these exhibits were filed in support of, and other exhibits were filed publicly. (ECF 903.)

Because the documents the parties seek to file under seal were filed in support of briefing on a discovery dispute, their request to file under seal is subject to a showing of good cause. *See Kamankana v. City and Cnty. of Honolulu*, 447 F.3d 1172, 1179-80 (9th Cir. 2003) (distinguishing between filing documents under seal in support of a non-

1

dispositive discovery motion, subject to good cause, and filing documents under seal in support of a dispositive motion, subject to compelling reasons standard); *see also Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1135-37 (9th Cir. 2003).

In support of sealing these exhibits, counsel for Finjan has submitted a declaration. (Decl. of K. Nicole Williams in Support of Parties' Joint Motion to File Documents Under Seal ("Williams Decl. in Support of Sealing") [ECF 901-1].) The declaration explains that Exhibits 1-3 contain highly sensitive business information such as non-public financial figures as well as licensing, acquisition, and litigation strategy, and Exhibits A and B contain highly sensitive financial figures and confidential agreement terms. (*Id.* ¶¶ 4-5.) Counsel also explains that these exhibits are confidentially maintained by Finjan in its regular course of business and that their public disclosure could harm Finjan's business and competitive positions. (*Id.* ¶ 6.) Additionally, the Court has reviewed the exhibits.

Based on the foregoing, the Court finds good cause to **GRANT** the Joint Motion. The Clerk shall file these exhibits under seal.

**IT IS SO ORDERED.**

Dated:  April 3, 2023

Hon. Bernard G. Skomal
United States Magistrate Judge