UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FINJAN, INC.,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>ESET, LLC, a California Limited Liability and ESET SPOL. S.R.O., a Slovak Republic Corporation,<br><br>　　　　　　　　　Defendants. | Case No.: 3:17-cv-0183-CAB-BGS<br><br>**ORDER GRANTING DEFENDANTS' REQUEST TO FILE MOTION FOR SUMMARY JUDGMENT OF INVALIDITY OF THE '305 PATENT BASED ON COLLATERAL ESTOPPEL**<br><br>[Doc. No. 907] |

Upon consideration of Defendants' request for leave to file a motion for summary judgment of invalidity of U.S. Patent No. 7,975,305 (the '305 Patent) based on collateral estoppel, and good cause appearing, it is hereby **ORDERED** that the motion is **GRANTED**. Defendants may file the motion for summary judgment on or before **April 18, 2023**. Plaintiff may file its opposition on or before **May 2, 2023**, and Defendants may file a reply on or before **May 9, 2023**. The Court will then take the motion under submission and enter a ruling in due course.

It is **SO ORDERED**.

Dated: April 4, 2023

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Hon. Cathy Ann Bencivengo
　　　　　　　　　　　　　　　　　　United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28