UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FINJAN, INC., <br><br>                               Plaintiff, <br><br>v. <br><br>ESET, LLC, a California Limited Liability and ESET SPOL. S.R.O., a Slovak Republic Corporation, <br><br>                              Defendants. | Case No.: 3:17-cv-0183-CAB-BGS <br><br>**ORDER GRANTING DEFENDANTS' MOTION TO FILE UNDER SEAL** <br><br>[Doc. No. 909] |

    Upon consideration of Defendant and Counter-Plaintiff ESET's motion to file under seal portions of a brief and supporting documents related to ESET's motion to exclude Plaintiff's expert [Doc. No. 911], the Court finds that ESET has established compelling reasons for filing under seal the information identified in the motion. Accordingly, the motion to file under seal is **GRANTED**. The Clerk of Court shall file under seal the documents currently lodged at Docket Number 910.

    It is **SO ORDERED**.

Dated: April 10, 2023

                                                             Hon. Cathy Ann Bencivengo
                                                             United States District Judge