UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FINJAN, INC.,<br><br>                Plaintiff,<br><br>v.<br><br>ESET, LLC, a California Limited Liability and ESET SPOL. S.R.O., a Slovak Republic Corporation,<br><br>                Defendants. | Case No.: 3:17-cv-0183-CAB-BGS<br><br>**ORDER ON MOTION TO EXCLUDE PLAINTIFF'S EXPERT DR. BIMS**<br><br>[Doc. No. 911] |

In light of Plaintiff's representation that Dr. Bims will not testify at trial, it is hereby **ORDERED** that Defendants' motion to exclude Dr. Bims and strike his expert report is **DENIED AS MOOT**. Defendants' request for additional relief raised for the first time in their reply brief is also denied.

It is **SO ORDERED**.

Dated:  May 2, 2023

_____
Hon. Cathy Ann Bencivengo
United States District Judge