Juanita R. Brooks (SBN 75934)
brooks@fr.com
Roger A. Denning (SBN 228998)
denning@fr.com
Jason W. Wolff (SBN 215819)
wolff@fr.com
Michael A. Amon (SBN 226221)
amon@fr.com
K. Nicole Williams (SBN 291900)
nwilliams@fr.com
Megan A. Chacon (SBN 304912)
chacon@fr.com
FISH & RICHARDSON P.C.
12860 El Camino Real, Suite 400
San Diego, CA 92130
Tel: (858) 678-5070 / Fax: (858) 678-5099

Lawrence Jarvis (*pro hac vice*)
FISH & RICHARDSON P.C.
1180 Peachtree St., NE
21st Floor
Atlanta, GA 30309
Tel: (404) 891-5005 / Fax: (404) 892-5002

Attorneys for Plaintiff & Counter-Defendant FINJAN LLC

Nicola A. Pisano (SBN 151282)
NicolaPisano@eversheds-sutherland.com
Jose L. Patiño (SBN 149568)
JosePatino@eversheds-sutherland.com
Justin E. Gray (SBN 282452)
JustinGray@eversheds-sutherland.com
Scott A. Penner (SBN 253716)
ScottPenner@eversheds-sutherland.com
Regis C. Worley, Jr. (SBN 234401)
RegisWorley@eversheds-sutherland.com
Christopher C. Bolten (SBN 268284)
ChrisBolten@eversheds-sutherland.com
EVERSHEDS SUTHERLAND (US) LLP
12255 El Camino Real, Suite 100
San Diego, California 92130
Tel: (858)252-6502
Fax: (858)252-6503

Attorneys for Defendants & Counter-Plaintiffs
ESET, LLC and ESET, SPOL. S.R.O.

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FINJAN LLC,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>ESET, LLC and ESET SPOL. S.R.O.,<br><br>　　　　　Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. 17-cv-0183 CAB (BGS)<br><br>**PARTIES' STIPULATION OF DISMISSAL OF U.S. PATENT NOS. 7,975,305; 9,189,621; AND 9,219,755**<br><br>District Judge: Hon. Cathy Ann Bencivengo<br>Magistrate Judge: Hon. Bernard G. Skomal |

1  Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff Finjan LLC
2  ("Finjan") and Defendants ESET, LLC and ESET SPOL. S.R.O. (collectively,
3  "ESET" and, together with Finjan, "the Parties") hereby agree and stipulate:

4  Finjan's claims for infringement U.S. Patent No. 7,975,305 ("the '305 Patent"),
5  U.S. Patent No. 9,189,621 ("the '621 Patent"), and U.S. Patent No. 9,219,755 ("the
6  '755 Patent") are dismissed with prejudice.

7  ESET's counterclaims relating to the '305, '621, and '755 Patents are dismissed
8  with prejudice as moot.

9  The Parties further agree and stipulate that the length of trial shall be reduced
10 to no more than 20 hours per side.

12 DATED:  May 2, 2023                    Respectfully Submitted,

13                              By:   */s/ Juanita R. Brooks*
14                                    Juanita R. Brooks, brooks@fr.com
                                      Roger A. Denning, denning@fr.com
15                                    Jason W. Wolff, wolff@fr.com
                                      Michael A. Amon, amon@fr.com
16                                    K. Nicole Williams, nwilliams@fr.com
17                                    Megan A. Chacon, chacon@fr.com
                                      FISH & RICHARDSON P.C.
18                                    12860 El Camino Real, Suite 400
19                                    San Diego, CA 92130
                                      Tel: (858) 678-5070
20                                    Fax: (858) 678-5099

22                                    Lawrence Jarvis (*pro hac vice*)
                                      FISH & RICHARDSON P.C.
23                                    1180 Peachtree St., NE
24                                    21st Floor
                                      Atlanta, GA 30309
25                                    Tel: (404) 891-5005
                                      Fax: (404) 892-5002
26
27                                    Attorneys for Plaintiff & Counter-
                                      Defendant Finjan LLC
28

| | | |
|---|---|---|
| 1 | DATED: May 2, 2023 | Respectfully Submitted, |
| 2 | | By: */s/ Nicola A. Pisano* |
| | | Nicola A. Pisano |
| | | NicolaPisano@eversheds-sutherland.com |
| | | Jose L. Patiño |
| | | JosePatino@eversheds-sutherland.com |
| | | Justin E. Gray |
| | | JustinGray@eversheds-sutherland.com |
| | | Scott A. Penner |
| | | ScottPenner@eversheds-sutherland.com |
| | | Regis C. Worley, Jr. |
| | | RegisWorley@eversheds-sutherland.com |
| | | Christopher C. Bolten |
| | | ChrisBolten@eversheds-sutherland.com |
| | | EVERSHEDS SUTHERLAND (US) LLP |
| | | 12255 El Camino Real, Suite 100 |
| | | San Diego, California 92130 |
| | | Tel: (858)252-6502 |
| | | Fax: (858)252-6503 |
| | | |
| | | Attorneys for Defendants & Counter-Plaintiffs |
| | | ESET, LLC and ESET, SPOL. S.R.O. |

**ECF ATTESTATION**

I, Juanita Brooks, am the ECF User who identification and password are being used to electronically file this **Stipulation of Dismissal of U.S. Patent Nos. 7,975,305; 9,189,621; and 9,219,755**. In accordance with the Electronic Case Filing Administrative Policies and Procedures Manual 2(f)(4), concurrence in and authorization of the filing of this document has been obtained from the counsel for defendants, and Fish & Richardson P.C. shall maintain records to support this concurrence for subsequent production for the Court if so ordered or for inspection upon request by a party.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on May 2, 2023, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4.  Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

*/s/ Juanita R. Brooks*
Juanita R. Brooks