UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FINJAN, INC.,<br><br>                              Plaintiff,<br><br>v.<br><br>ESET, LLC, a California Limited Liability and ESET SPOL. S.R.O., a Slovak Republic Corporation,<br><br>                              Defendants. | Case No.: 3:17-cv-0183-CAB-BGS<br><br>**ORDER ON STIPULATION FOR DISMISSAL OF CERTAIN CLAIMS AND ON MOTION FOR SUMMARY JUDGMENT**<br><br>[Doc. Nos. 916, 926] |

In light of the parties' stipulation [Doc. No. 926], it is hereby **ORDERED** as follows:

1. Plaintiff Finjan LLC's claims for infringement of U.S. Patent No. 7,975,305, U.S. Patent No. 9,189,621, and U.S. Patent No. 9,219,755 are **DISMISSED WITH PREJUDICE**;

2. Defendant ESET, LLC and ESET SPOL. S.R.O.'s counterclaims relating to U.S. Patent No. 7,975,305, U.S. Patent No. 9,189,621, and U.S. Patent No. 9,219,755 are **DISMISSED WITH PREJUDICE** as moot;

3. Defendants' motion for summary judgment of invalidity of the '305 Patent is deemed **WITHDRAWN** as moot; and,

4. Any claim for costs or attorneys' fees under Fed. R. Civ. P. 54 (d) relating to the above matters may be deferred until resolution of the remaining pending claims in this case.

1    It is further **ORDERED** that a telephonic status conference to discuss trial scheduling is set for **May 11, 2023** at **10:00 a.m.** Counsel are instructed to connect through the following conference connection:  1-619-657-0677, Phone Conference ID:  760 660 595#.

It is **SO ORDERED**.

Dated:  May 3, 2023

                                                Hon. Cathy Ann Bencivengo
United States District Judge