UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FINJAN, INC.,<br><br>                             Plaintiff,<br><br>v.<br><br>ESET, LLC, a California Limited Liability and ESET SPOL. S.R.O., a Slovak Republic Corporation,<br><br>                             Defendants. | Case No.: 3:17-cv-0183-CAB-BGS<br><br>**ORDER ON MOTION FOR LEAVE TO FILE MOTION FOR SUMMARY JUDGMENT**<br><br>[Doc. No. 929] |

Upon consideration of Defendants' motion for leave to file a motion for summary judgment of non-infringement of the '780 patent, and as stated at the status conference on May 11, 2023, it is hereby **ORDERED** as follows:

1. The motion is **GRANTED IN PART**. As stated at the hearing, Defendants have until **June 2, 2023** to file a motion concerning the admissibility of Plaintiff's expert's opinion. Plaintiff shall oppose the motion by **June 16, 2023**. Defendants may file a reply by **June 23, 2023**. The Court will then take the motion under submission and issue an order in due course.

2. The previous scheduling order [Doc. No. 883] is **AMENDED** as to the trial dates, with the Court setting aside only August 28-31, and September 5-8, 2023, for trial in this matter.

3. Although the parties are not limited in the number of motions in limine they may file, all motions in limine by a side shall not exceed a total of twenty-five pages. To assist the Court with management of the motions, Plaintiff shall identify each of its motions in limine using numbers (i.e., Motion in Limine #1, Motion in Limine #2, etc.), and Defendants shall identify their motions using letters (Motion in Limine "A", Motion in Limine "B", etc.).

It is **SO ORDERED**.

Dated: May 11, 2023

Hon. Cathy Ann Bencivengo
United States District Judge