UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FINJAN, INC.,<br><br>                Plaintiff,<br><br>v.<br><br>ESET, LLC, a California Limited Liability and ESET SPOL. S.R.O., a Slovak Republic Corporation,<br><br>                Defendants. | Case No.: 3:17-cv-0183-CAB-BGS<br><br>**ORDER ON MOTION FOR LEAVE TO FILE MOTION FOR SUMMARY JUDGMENT**<br><br>[Doc. No. 932] |

Upon consideration of Defendants' request for leave to file a motion for summary judgment of non-infringement of the '844 patent, it is hereby **ORDERED** that the request is **DENIED**. It is further **ORDERED** that the Court will not entertain any additional summary judgment motions in this case. Thus, any further requests for leave to file a motion for summary judgment will also be denied.

It is **SO ORDERED**.

Dated: May 24, 2023

_____
Hon. Cathy Ann Bencivengo
United States District Judge