UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FINJAN, INC.,<br><br>                                   Plaintiff,<br><br>v.<br><br>ESET, LLC, a California Limited Liability and ESET SPOL. S.R.O., a Slovak Republic Corporation,<br><br>                                   Defendants. | Case No.:  3:17-cv-0183-CAB-BGS<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO FILE UNDER SEAL**<br><br>[Doc. No. 935] |

Upon consideration of Defendants' motion to file under seal in connection with their motion for summary judgment of non-infringement of the '780 Patent, the Court finds that Defendants have established compelling reasons for filing their unredacted memorandum under seal. Accordingly, the motion to file under seal is **GRANTED**. The Clerk of Court shall file under seal the document currently lodged at Docket Number 936.

It is further **ORDERED** that the parties may file under seal an unredacted version of any associated opposition and reply, and that both parties may redact from the publicly filed versions references to the sealable information described in the motion to file under seal.

It is **SO ORDERED**.

Dated:  June 5, 2023

_____
Hon. Cathy Ann Bencivengo
United States District Judge