UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FINJAN, INC.,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>ESET, LLC, a California Limited Liability and ESET SPOL. S.R.O., a Slovak Republic Corporation,<br><br>　　　　　　　　　Defendants. | Case No.: 3:17-cv-0183-CAB-BGS<br><br>**ORDER DENYING MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT OF THE '780 PATENT**<br><br>[Doc. No. 937] |

Upon consideration of Defendants' motion for summary judgment of non-infringement of the '780 Patent, and Finjan's opposition thereto, the Court cannot find that Defendants did not infringe the '780 Patent as a matter of law based on the parties' arguments alone. Accordingly, the motion is **DENIED**. This order is without prejudice to Defendants raising the question of whether infringement of the '780 Patent should go to the jury after the parties' experts testify at trial about how the accused products operate and whether they meet the claim limitations based on the Court's claim construction.

It is **SO ORDERED**.

Dated: July 3, 2023

　　　　　　　　　　　　　　　　　　　　[signature]
　　　　　　　　　　　　　　　　　　　　Hon. Cathy Ann Bencivengo
　　　　　　　　　　　　　　　　　　　　United States District Judge