MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FINJAN LLC    VS    ESET LLC, ET AL.

Case Number: 17-cv-0183-CAB-BGS    EXHIBIT LIST    Jury Trial

☐ Plaintiff    ☒ Defendant    ☐ Court

| No. | Date I.D. | Date Rec'vd | Description |
|---|---|---|---|
| DTX-2006 | 9/5/2023 | 9/5/2023 | Prosecution History for U.S. Patent No. 6,154,844 |
| DTX-2008 | 9/7/2023 | 9/7/2023 | Prosecution History for U.S. Patent No. 8,079,086 |
| DTX-2017 | 8/29/2023 | 8/29/2023 | Live Grid Specification |
| DTX-2035 | 8/30/2023 | 8/30/2023 | Presentation: Engine – Scanning Stack Architecture |
| DTX-2037 | 8/29/2023 | 8/29/2023 | Presentation: ESET Technology – The multilayered approach and its effectiveness |
| DTX-2076 | 9/5/2023 | 9/5/2023 | Email Chain – Subject: Sandbox Leakage for NOD32 Antivirus version 10.0.390.0 |
| DTX-2081 | 9/5/2023 | 9/5/2023 | Email – Subject: Signatures are dead. Long live detections! |
| | | | |
| DTX-2104 | 9/6/2023 | 9/6/2023 | \Accused\Products\Modules\Engine\Engine\latest\Modules\Engine\src\SCANNER\PDF\PdfParser.cpp (Page 13 ONLY) |
| DTX-2118 | 9/6/2023 | 9/6/2023 | \Accused\Products\Modules\Engine\Engine\latest\Modules\Engine\src\SCANNER\SCRIPT\SCRIPTALG\ScriptAlgNativeFunctions.cpp (Pages 7 and 8 ONLY) |
| | | | |
| DTX-2248 | 9/5/2023 | 9/5/2023 | \Accused Products\Modules(Supplemental)\hips\hips-1306\Shared\Modules\hips\ExploitShieldSupport.cpp |
| DTX-2250 | 9/6/2023 | 9/6/2023 | \Accused Products\Modules(Supplemental)\Perseus\perseus-1533B\Modules\Perseus\src\scanner\actions.cpp (Pg. 9 ONLY) |
| DTX-2260 | 9/5/2023 | 9/5/223 | \Accused Products\Modules(Supplemental)\perseus\perseus-1533B\Shared\Library\NodOsApi\Common\socket.cpp (Pg. 4 ONLY) |
| DTX-2262 | 9/5/2023 | 9/5/2023 | \Accused Products\CMPS\PythonSharedPackages\PythonSharedPackages\autorepl\fileserver\_config\_analyzer\auto\_default\data.xml |
| DTX-2264 | 9/5/2023 | 9/5/2023 | \Accused Products\CMPS\Sisyfos2\Sisyfos2\old\syf_collector.py (Pgs. 1 and 10 ONLY) |

MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FINJAN LLC    VS    ESET LLC, ET AL.

Case Number: 17-cv-0183-CAB-BGS    EXHIBIT LIST    Jury Trial

☐ Plaintiff   ☒ Defendant   ☐ Court

| Exhibit | Marked | Admitted | Description |
|---|---|---|---|
| DTX-2285 | 9/5/2023 | 9/5/2023 | \Accused Products\Modules(Supplemental)\perseus\perseus-1533B\Modules\Perseus\src\localdb\cloud_request.cpp (Pgs. 1, 4, 5 ONLY) |
| DTX-2286 | 8/31/2023 | 8/31/2023 | \Accused Products\Modules(Supplemental)\perseus\perseus-1533B\Modules\Perseus\src\localdb\cloud_request.h |
| DTX-2299 | 9/6/2023 | 9/6/2023 | ESET File Security for Microsoft Windows Server – Installation Manual and User Guide (Pgs. 1, 2, 27 ONLY) |
| | | | |
| DTX-2407 | 8/29/2023 | 8/29/2023 | 2/8/00, Patent App. No. 08/995,648, Office Action Summary |
| DTX-2426 | 9/7/2023 | 9/7/2023 | September 25, 2017, Transcript from Claim Construction Hearing (Pgs. 42, 43 ONLY) |
| DTX-2464 | 8/31/2023 | 8/31/2023 | \Finjan Prior Art Source Code Review\Prior Art\ICE\DOXES\ICE.DOX |
| DTX-2465 | 8/31/2023 | 8/31/2023 | \Finjan Prior Art Source Code Review\Prior Art\ICE\ICE.LOG |
| DTX-2466 | 8/31/2023 | 8/31/2023 | \Finjan Prior Art Source Code Review\Prior Art\ICE\HEURISTI\HEURISTI.RES |
| DTX-2467 | 8/31/2023 | 8/31/2023 | \Finjan Prior Art Source Code Review\Prior Art\ICE\ANA_SUB.CPP |
| DTX-2468 | 8/31/2023 | 8/31/2023 | \Finjan Prior Art Source Code Review\Prior Art\ICE\HEURISTI\HEURISTI.ASM |
| DTX-2469 | 8/31/2023 | 8/31/2023 | \Finjan Prior Art Source Code Review\Prior Art\ICE\LEVEL0.CPP |
| DTX-2470 | 8/31/2023 | 8/31/2023 | \Finjan Prior Art Source Code Review\Prior Art\ICE\HEURISTI\HEURWRIT.ASM |
| DTX-2476 | 9/6/2023 | 9/6/2023 | MIMEsweeper Administrator Guide |
| DTX-2479 | 9/6/2023 | 9/6/2023 | ThunderBYTE Anti-Virus Utilities User Manual |
| DTX-2481 | 8/31/2023 | 8/31/2023 | NOD iCE Screenshot |
| DTX-2493 | 9/6/2023 | 9/6/2023 | Emailed question regarding Virus-L Digest |
| DTX-2497 | 9/6/2023 | 9/6/2023 | Ingegralis Launches the Internet's First Anti-Virus Protection System - M2 Presswire, June 30, 1995 |
| DTX-2499 | 9/6/2023 | 9/6/2023 | MIMEsweeper Stops Viruses at the Front Door – Network World, October 2, 1995 |
| | | | |

MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FINJAN LLC  VS  ESET LLC, ET AL.

Case Number: 17-cv-0183-CAB-BGS     EXHIBIT LIST     Jury Trial

☐ Plaintiff   ☒ Defendant   ☐ Court

| Exhibit | Marked | Admitted | Description |
|---|---|---|---|
| DTX-2501 | 9/6/2023 | 9/6/2023 | Virus Bulletin, May 1996 |
| DTX-2518 | 9/7/2023 | 9/7/2023 | U.S. Patent No. 6,157,721 (Shear), December 5, 2000 |
| DTX-2549 | 9/5/2023 | 9/5/2023 | 1/10/2019, Winsock2.h header (Pg. 4 ONLY) |
| DTX-2593 | 9/6/2023 | 9/6/2023 | "Heuristic Scanners: Artificial Intelligence?" article by Righard Zwienenberg |
| DTX-2598 | 9/6/2023 | 9/6/2023 | "Computer Viruses and Artificial Intelligence", article by David Stang – Virus Bulletin Conference 1995 |
| DTX-2627 | 8/28/2023 | 8/28/2023 | Finjan Holdings, Inc. Investor Presentation, August 2014 |
| DTX-2634 | 8/30/2023 | 9/6/2023 | IDC Market Analysis - Worldwide Secure Content and Threat Management 2007-2011 Forecast and 2006 Vendor Shares: 1 +1 = 4 |
| DTX-2637 | 8/30/2023 | 9/6/2023 | IDC Market Analysis - Worldwide Secure Content Management 2005-2009 Forecast Updated and 2004 Vendor Shares: Spyware, Spam, and Malicious Code Continue to Wreak Havoc |
| DTX-2664 | 9/6/2023 | 9/6/2023 | Finjan Holdings, Inc. Form 10-K for the Fiscal Year Ended December 31, 2017 |
| DTX-2773 | 9/6/2023 | 9/6/2023 | John Garland LinkedIn Profile |
| DTX-2774 | 9/6/2023 | 9/6/2023 | John Garland Business Card |
| DTX-2799 | 8/28/2023 | 8/28/2023 | 11/29/06 - Finjan Board Meeting, Preliminary Financial Statements for the Three Months Ended 9-30-06 |
| DTX-2800 | 8/28/2023 | 8/28/2023 | 4-28-08 Finjan BOD Meeting |
| DTX-2846 | 9/6/2023 | 9/6/2023 | U.S. Patent 5,983,348 (Ji), November 9, 1999 |
| DTX-2850 | 9/6/2023 | 9/6/2023 | U.S. Patent 6,092,194 (Touboul), July 18, 2000 |
| DTX-2853 | 9/6/2023 | 9/6/2023 | 5/25/00, Provisional Application for US Patent; Computer Network Malicious Code Run-Time Monitoring (Vered, Edery, and Kroll) |
| DTX-2854 | 9/6/2023 | 9/6/2023 | U.S. Patent 7,058,822 B2 (Edery, et al.), June 6, 2006 |
| DTX-2858 | 9/6/2023 | 9/6/2023 | Kramer Levin Engagement Letter with David R. Kroll, dated January 23, 2014 |

MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FINJAN LLC  VS  ESET LLC, ET AL.

Case Number: 17-cv-0183-CAB-BGS    EXHIBIT LIST    Jury Trial

☐ Plaintiff   ☒ Defendant   ☐ Court

| | | | |
|---|---|---|---|
| DTX-2919 | 9/6/2023 | 9/6/2023 | Provisional App. No. 60/030639 |
| DTX-2924 | 9/7/2023 | 9/7/2023 | 5/25/00, Provisional Application for US Patent; Computer Network Malicious Code Run-Time Monitoring (Vered, Edery, and Kroll) |
| DTX-3005 | 8/29/2023 | 8/29/2023 | 5/16/00, Response to Non-Final Office Action, 08/995,648 |
| DTX-3037 | 8/31/2023 | 8/31/2023 | Screenshot of Directory Listing for \PRIORART\ICE\HEURISTI\OLD |
| DTX-3038 | 8/31/2023 | 8/31/2023 | Screenshot of Directory Listing for \PRIORART\ICE\HEURISTI\ |
| DTX-3039 | 8/31/2023 | 8/31/2023 | Screenshot of Directory Listing for \PRIORART\ICE\DOXES\ |
| DTX-3041 | 8/28/2023 | 8/28/2023 | Finjan Holdings, Inc. Form 10-K for Fiscal Year ended December 31, 2019 |
| DTX-3042 | 9/7/2023 | 9/7/2023 | File History for U.S. Patent No. 7,058,822 |
| DTX-3043 | 9/5/2023 | 9/5/2023 | \advheur-1184.1\MODULES\Advheur\src\CGenericAnalyzer\CGenericAnalyzer.cpp (Pgs. 1, 7, 10 ONLY) |
| DTX-3044 | 9/6/2023 | 9/6/2023 | Screenshot of Thunderbyte AV from Dr. Spafford Invalidity Report |