

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| See Attachment | Civil Action No.  17-cv-0183-CAB-BGS |
| **Plaintiff,** | |
| V. | |
| See Attachment | **JUDGMENT IN A CIVIL CASE** |
| **Defendant.** | |

**Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

IT IS HEREBY ORDERED AND ADJUDGED:

Verdict is in favor of Defendants.

| | |
|---|---|
| Date:   9/13/23 | **CLERK OF COURT**<br>**JOHN MORRILL, Clerk of Court**<br>By:  s/ A. Hazard<br>A. Hazard, Deputy |

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

(ATTACHMENT)

**Civil Action No.** 17-cv-0183-CAB-BGS

Finjan LLC
    Plaintiff
v.
ESET, LLC, a California Limited Liability; Eset Spol. S.R.O., a Slovak Republic Corporation;
    Defendant

___

ESET, LLC, a California Limited Liability; Eset Spol. S.R.O., a Slovak Republic Corporation;
    Counter Claimant
v.
Finjan LLC
    Counter Defendant