NICOLA A. PISANO, CA Bar No. 151282
  NicolaPisano@eversheds-sutherland.com
JOSE L. PATIÑO, CA Bar No. 149568
  JosePatino@eversheds-sutherland.com
SCOTT A. PENNER, CA Bar No. 253716
  ScottPenner@eversheds-sutherland.com
**EVERSHEDS SUTHERLAND (US) LLP**
12255 EL CAMINO REAL, SUITE 100
SAN DIEGO, CALIFORNIA  92130
TELEPHONE:     858.252.6502
FACSIMILE:      858.252.6503

Attorneys for Defendants and Counter-Plaintiffs
ESET, LLC and ESET, SPOL. S.R.O.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FINJAN LLC, | Case No. 3:17-cv-0183-CAB-BGS |
| Plaintiff, | **MOTION FOR REDACTION OF THE AUGUST 31, 2023 TRIAL TRANSCRIPTS AND TO SEAL CERTAIN TRIAL EXHIBITS** |
| v. | |
| ESET, LLC, et al., | |
| Defendants. | Judge:   Hon. Cathy Ann Bencivengo |
| AND RELATED COUNTERCLAIMS. | |

17cv0183

49296602.1

Defendants and Counter-Plaintiffs ESET, LLC and ESET, spol. s.r.o. (collectively, "ESET"), through their undersigned counsel, hereby request, pursuant to the procedures set forth in the Electronic Availability of Transcripts of Proceedings Before U.S. District and Magistrate Judges, that certain limited portions of the trial transcripts for August 31, 2023 in this matter be redacted as well as certain exhibits filed as part of the trial.

Specifically, ESET requests that the following information be redacted from the trial transcripts:[1]

Trial Transcript Day 4 – August 31, 2023

| Start | End | Words to Redact |
|---|---|---|
| 815:1 | 815:4 | Entirety of these lines. |
| 866:6 | 866:15 | Starting after the word "bottom" on line 6 and continuing until the end of line 15. |
| 871:1 | 872:21 | Entirety of these lines. |
| 873:6 | 873:7 | Entirety of these lines. |
| 874:24 | 875:5 | Entirety of these lines. |
| 875:11 | 875:12 | Entirety of these lines. |
| 894:9 | 894:12 | Starting after the word "basically" on line 9 and continuing until the end of line 12. |
| 897:9 | 897:15 | Entirety of these lines. |
| 899:3 | 899:3 | Starting after the word "was" and ending before the word "We." |
| 900:10 | 900:11 | Entirety of these lines. |
| 900:17 | 900:21 | Entirety of these lines. |
| 906:22 | 906:24 | Entirety of these lines. |
| 907:5 | 907:6 | Entirety of these lines. |
| 907:10 | 907:12 | Entirety of these lines. |

---

[1] Should the Court find it helpful, a highlighted version of the transcripts identifying the proposed redactions can be provided to chambers upon request.

49296602.1

| Start | End | Words to Redact |
|---|---|---|
| 907:15 | 907:16 | Entirety of these lines. |
| 907:23 | 907:25 | Entirety of these lines. |
| 908:5 | 908:5 | Entirety of this line. |
| 908:7 | 907:9 | Entirety of these lines. |
| 908:11 | 908:11 | Entirety of this line. |
| 908:14 | 908:15 | Entirety of these lines. |
| 908:21 | 909:4 | Entirety of these lines. |

In addition, ESET requests that the following exhibit be sealed:

- DTX-2286: ESET source code providing technical level implementation details relating to ESET's anti-virus scanning technologies.

Each of the above transcript excerpts and the exhibit contains implementation level details relating to ESET's malware detection products such as description of the functionality of ESET's source code, file names, variable names, and proprietary ESET technologies used to detect malware. ESET protects this information both because it provides ESET with a competitive advantage over others in the market and because it prevents malicious code developers from learning how to defeat ESET's code. Revealing this information publicly would cause ESET irreparable harm in the marketplace. First, revelation of the information would allow ESET's competitors to learn how ESET's products work and adopt those technologies that have allowed ESET to differentiate itself in the market. Second, if a malware author were to learn how ESET's technology worked, the author could develop software that would be capable of bypassing ESET's detection technologies and thereby put ESET's customers at risk. Preservation of the confidentiality of this information is essential to ESET's business.

This Court has previously granted ESET's motion to seal similar information in the various summary judgment briefings in this matter. *See, e.g.*, D.I. 465, 545, 683.

49296602.1

For the foregoing reasons, ESET respectfully requests that the Court grant its motion and issue an Order instructing the Court Reporter to redact the above-referenced portions of the trial transcripts for the August 31, 2023 trial day.

ESET separately and concurrently submits a proposed order to the Court in accordance with Section 2(h) of the Electronic Case Filing and Administrative Policies and Procedures Manual.

Dated:  September 26, 2023           Respectfully submitted,

**EVERSHEDS SUTHERLAND (US) LLP**

/s/ Scott A. Penner
NICOLA A. PISANO, CA Bar No. 151282
    NicolaPisano@eversheds-sutherland.com
JOSE L. PATIÑO, CA Bar No. 149568
    JosePatino@eversheds-sutherland.com
SCOTT A. PENNER, CA Bar No. 253716
    ScottPenner@eversheds-sutherland.com
12255 EL CAMINO REAL, SUITE 100
SAN DIEGO, CALIFORNIA  92130
TELEPHONE:     858.252.6502
FACSIMILE:     858.252.6503

Attorneys for Defendants and Counter-Plaintiffs
ESET, LLC and ESET, SPOL. S.R.O.

49296602.1