# MINUTE ORDER OF THE UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

Case Name:  Finjan v. ESET LLC et al               Case Number:  **17-CV-183-CAB-BGS**

Hon. Cathy Ann  Bencivengo          Ct. Deputy Lori Hernandez          Rptr Tape:  [Reporter Tape]

In light of Defendants' motions to redact trial transcripts [Doc. Nos. 1020, 1021, 1023, 1024, 1028], Defendants are hereby **ORDERED** to deliver courtesy copies of the specified portions of the transcripts they seek to redact to the Clerk's Office no later than **October 13, 2023**

 Date:  October 6, 2023                                                Initials:  SLM