UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FINJAN, INC.,<br><br>                    Plaintiff,<br><br>v.<br><br>ESET, LLC, a California Limited Liability and ESET SPOL. S.R.O., a Slovak Republic Corporation,<br><br>                    Defendants. | Case No.: 3:17-cv-0183-CAB-BGS<br><br>**ORDER DENYING MOTION TO AMEND OR CORRECT JUDGMENT**<br>**[Doc. No. 1029]** |

Plaintiff Finjan brought this action against defendant ESET[1] alleging infringement of multiple United States patents. At trial, Finjan elected to proceed on a subset of the patents originally asserted. Specifically, Finjan asserted that ESET infringed claim 1, 7, and 15 of U.S. Patent No. 6,154,844; claims 9 and 13 of U.S. Patent No. 6,804,780; and claim 24 of U.S. Patent No. 8,079,086. ESET counterclaimed alleging non-infringement, invalidity of the asserted patents and other affirmative defenses.

The matter was tried to a jury and after eight trial days, the jury returned its verdict that Finjan failed to establish that ESET infringed any of the asserted patents. The jury also found that ESET did not establish that the patents were invalid or its other affirmative

---

[1] Defendants ESET, LLC and ESET Spol, SRO are jointly referred to as ESET.

defenses. [Doc. No. 1016.] Based on the verdict, the Court entered judgment in favor of the defendants. [Doc No. 1017.]

Finjan now moves for a correction or amendment of the judgment, under Fed.R.Civ.P. 60 and/or 59(e), to indicate that the jury's verdict was not entirely for ESET. [Doc. No. 1029.] ESET filed an opposition. [Doc. No. 1043.] The Court finds the motion suitable for determination without argument. The motion is DENIED.

Finjan argues that the judgment needs to be clarified or amended to reflect that although the jury found for ESET on all Finjan's allegations of infringement, the jury did not find for ESET on its affirmative defenses. Finjan contends the judgment is therefore incomplete as it does not state the relief to which the jury found Finjan entitled.

When an action presents more than one claim for relief, pursuant to Fed.R.Civ.P. 54(b), the Court may direct entry of final judgment on fewer than all claims if the entry ends the action as to the parties. In this case the jury's finding of no infringement of any of the asserted patents ended the action as to all the parties in this case and ended it in favor of defendant ESET. The entry of final judgment is not a recital of the pleadings.

"The determination of the prevailing party is based on the relation of the litigation result to the overall objective of the litigation, and not on the count of the number of claims and defenses" on which each party succeeded. *Emblaze Ltd., v. Apple Inc.*, 2015 WL 1304779, *3 (N.D. Cal. Mar. 20, 2015) quoting *Brooks Furniture Mfg., Inc., v. Dutailier Int'l, Inc.,* 393 F.3d 1378, 1381 (Fed. Cir. 2005) (abrogated on other grounds by *Octane Fitness, LLC v. ICON Health & Fitness, Inc.,* 134 S.Ct. 1749 (2014)).

Finjan's objective in this litigation was to obtain a verdict of patent infringement and an award of compensatory damages. ESET's objective was to avoid liability either by a showing that it did not infringe the asserted claims or that the patents were invalid or subject to other affirmative defenses. The jury found no infringement of any patent and did not award any damages, consequently Finjan did not obtain its objective – it lost.

Regardless of the fact that the jury did not find in ESET's favor on its affirmative defenses, the jury found in favor of ESET on all the claims asserted by Finjan — Finjan

did not obtain the relief it sought, i.e., compensation for the alleged unauthorized use of its intellectual property. Judgment entered for the defendants is not an error and does not require further amendment or correction.

Finjan's motion to amend or correct the judgment to incorporate the jury's findings on ESET's counterclaims is DENIED.

It is **SO ORDERED**.

Dated:  October 31, 2023

Hon. Cathy Ann Bencivengo
United States District Judge