NICOLA A. PISANO, CA Bar No. 151282
 NicolaPisano@eversheds-sutherland.com
SCOTT A. PENNER, CA Bar No. 253716
 ScottPenner@eversheds-sutherland.com
REGIS C. WORLEY, CA Bar No. 234401
 RegisWorley@eversheds-sutherland.com
**EVERSHEDS SUTHERLAND (US) LLP**
12255 EL CAMINO REAL, SUITE 100
SAN DIEGO, CALIFORNIA  92130
TELEPHONE:    858.252.6502
FACSIMILE:    858.252.6503

JOSE L. PATIÑO, CA Bar No. 149568
 JPatino@buchalter.com
**BUCHALTER, APC**
655 West Broadway, Suite 1600
San Diego, California  92101
Telephone:  (619) 219-5335
Facsimile:   (619) 219-5344

Attorneys for Defendants and Counter-Plaintiffs
ESET, LLC and ESET, SPOL. S.R.O.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FINJAN LLC,<br><br>  Plaintiff,<br><br>  v.<br><br>ESET, LLC, et al.,<br><br>  Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No. 3:17-cv-0183-CAB-BGS<br><br>**MOTION TO UNSEAL TRIAL TRANSCRIPTS EXCEPT AS ORDERED IN D.I. 1037**<br><br>Judge:   Hon. Cathy Ann Bencivengo |

50009220.1

1    This Court conducted a two week jury trial between August 28, 2023 and
2 September 8, 2023.  During the trial, the Court granted Defendants and Counter-Plaintiffs
3 ESET, LLC and ESET, spol. s.r.o. (collectively, "ESET") multiple requests to seal the
4 courtroom when ESET's source code was being discussed or shown to the jury.
5 Subsequently, ESET reviewed the transcripts and specifically requested that only a subset
6 of the transcripts be sealed.  On October 16, 2023, this Court granted ESET's motions to
7 redact the trial transcript.  D.I. 1037.
8    Because only the redacted portions of the transcript contain ESET's confidential
9 material, ESET no longer requires the transcript of the entirety of the time the courtroom
10 was sealed to remain under seal.  ESET's targeted requests for redaction, and this Court
11 subsequent grating thereof, allow the remainder of the transcript to be unsealed.
12    ESET therefore requests that other than the transcript portions specifically Ordered
13 sealed on October 16, 2023 [D.I. 1037], this Court unseal all other portions of the trial
14 transcripts.
15    ESET separately and concurrently submits a proposed order to the Court in
16 accordance with Section 2(h) of the Electronic Case Filing and Administrative Policies
17 and Procedures Manual.

50009220.1

| | | |
|---|---|---|
| 1 | Dated:  November 1, 2023 | Respectfully submitted, |
| 2 | | **EVERSHEDS SUTHERLAND (US) LLP** |

*/s/ Scott A. Penner*
NICOLA A. PISANO, CA Bar No. 151282
   NicolaPisano@eversheds-sutherland.com
SCOTT A. PENNER, CA Bar No. 253716
   ScottPenner@eversheds-sutherland.com
REGIS C. WORLEY, CA Bar No. 234401
   RegisWorley@eversheds-sutherland.com
12255 EL CAMINO REAL, SUITE 100
SAN DIEGO, CALIFORNIA  92130
TELEPHONE:      858.252.6502
FACSIMILE:       858.252.6503

JOSE L. PATIÑO, CA Bar No. 149568
   JPatino@buchalter.com
**BUCHALTER, APC**
655 West Broadway, Suite 1600
San Diego, California  92101
Telephone:  (619) 219-5335
Facsimile:   (619) 219-5344

Attorneys for Defendants and Counter-Plaintiffs ESET, LLC and ESET, SPOL. S.R.O.

50009220.1