UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FINJAN LLC,<br><br>                    Plaintiff,<br><br>v.<br><br>ESET, LLC, et al,<br><br>                    Defendants. | Case No.: 17-cv-183-CAB-BGS<br><br>**ORDER GRANTING MOTION TO UNSEAL TRANSCRIPT**<br><br>**[Doc. No. 1047]** |

Upon review of Defendants' unopposed motion to unseal the transcript, and good cause appearing, it is hereby **ORDERED** that the motion is **GRANTED.** The court reporter, no later than **November 16, 2023**, shall **UNSEAL** all portions of the trial transcript except the lines identified to be redacted pursuant to the Court's October 16, 2023 Order [Doc. No. 1037].

It is **so ORDERED.**

Dated:  November 6, 2023

_____
Hon. Cathy Ann Bencivengo
United States District Judge